**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MR. JOHN RICHARD DAE

_____

_____

_____

**Name of Plaintiff(s)**

v.

DR. ROBERT M CLARK,
Chief Psychiatrist

_____

_____

**Name of Defendant(s)**

Civil Case No.

**1:CV   00-1090**

Judge

(Number and Judge to be
assigned by court)

FILED
HARRISBURG, PA

JUN  5 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ___√___   I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing fee
and deduction of sums from my prison account when funds exist
until the filing fee of $150.00 has been paid in full.

2. ___√___   I have enclosed an executed Authorization form which authorizes
the Institution holding me in custody to transmit to the Clerk
a certified copy of my trust account for the past six (6)
months as well as payments from the account in the amounts
specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while
a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
more actions or appeals in a court of the United States that were
dismissed as frivolous, malicious, or for failure to state a claim upon
which relief may be granted?   Yes __√__   No _____

   (a) If the answer is "yes," are you now seeking relief because you
   are under imminent danger of serious physical injury?
   Yes __√__   No _____

(b)    Please explain in detail why you are under imminent danger of serious physical injury: *Because I still now remain at a risk of harming myself physically and/or killing myself due to my serious mental health illness disease needs which are not being addressed nor treated here at all presently and such could result in me taking my life.*

4.    (a)    Are you presently employed at the institution?  Yes ____    No ____

(b)    If yes, what is your monthly compensation?  $ *N/A*

5.    Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ____    No *✓*

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____
_____ *N/A* _____
_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __*16th MAY 2000*__            (s) *John Richard Jae*
              **(Date)**                        **(Signature of Plaintiff)**

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2



**MARTIN F. HORN**
SECRETARY

**MARTIN L. DRAGOVICH**
SUPERINTENDENT

ADDRESS ALL REPLIES TO SUPERINTENDENT

**ROBERT M. NOVOTNEY**
DEPUTY SUPERINTENDENT
FACILITY MANAGEMENT

**JOHN A. PALAKOVICH**
DEPUTY SUPERINTENDENT
CENTRALIZED SERVICES

**ROBERT G. GIMBLE**
BUSINESS MANAGER

**JANET S. SMITH**
PERSONNEL DIRECTOR

### PENNSYLVANIA DEPARTMENT OF CORRECTIONS
### STATE CORRECTIONAL INSTITUTION
### AT CAMP HILL
### P.O. BOX 8837, CAMP HILL, PA 17001-8837

#### (717) 737-4531

I certify that this report is an accurate reflection of the
subject's inmate account activity and balance for the period
indicated on the In Forma Pauperis Form.

_____
State Correctional Institution
at Camp Hill
Inmate Accounting Section

Date: 26 May 2000

B104

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   5/16/2000
REMOTE PRINT TIME  8:29             FROM PURGE FILE              PAGE        1


        INMATE   NAME
        NUMBER   LAST              FIRST        MI        STARTING BALANCE
        BQ3219   JAE               JOHN         R              -326.94
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 4141 | 10-05-1999 | 37 | POSTAGE 10/1/99 | -.77 | -327.71 |
| 4141 | 10-05-1999 | 37 | POSTAGE 10/1/99 | -1.43 | -329.14 |
| 4141 | 10-05-1999 | 37 | POSTAGE 10/1/99 | -.99 | -330.13 |
| 4141 | 10-05-1999 | 37 | POSTAGE 10/1/99 | -.44 | -330.57 |
| 4141 | 10-05-1999 | 37 | POSTAGE 10/1/99 | -.77 | -331.34 |
| 4151 | 10-06-1999 | 10 | MAINTENANCE PAYROLL GROUP 1 9-1-99 TO 9-30-99 | 26.40 | -304.94 |
| 4177 | 10-07-1999 | 37 | POSTAGE 10/6/99 | -1.65 | -306.59 |
| 4189 | 10-08-1999 | 37 | POSTAGE 10/7/99 | -1.65 | -308.24 |
| 4189 | 10-08-1999 | 37 | POSTAGE 10/7/99 | -1.65 | -309.89 |
| 4211 | 10-14-1999 | 41 | MEDICAL MEDICAL SERIVES | -2.00 | -311.89 |
| 4331 | 10-29-1999 | 37 | POSTAGE 10/29/99 | -3.20 | -315.09 |
| 4378 | 11-03-1999 | 10 | MAINTENANCE PAYROLL GROUP 1 10-1-99 TO 10-31-99 | 29.40 | -285.69 |
| 4402 | 11-04-1999 | 37 | POSTAGE 11/4/99 | -1.43 | -287.12 |
| 4420 | 11-08-1999 | 37 | POSTAGE 11/8/99 | -1.65 | -288.77 |
| 4420 | 11-08-1999 | 37 | POSTAGE 11/8/99 | -1.43 | -290.20 |
| 4420 | 11-08-1999 | 37 | POSTAGE 11/8/99 | -1.43 | -291.63 |
| 4497 | 11-19-1999 | 13 | PERSONAL GIFT FROM JAMES BOWMAN #SQ 001036/467986 | 25.00 | -266.63 |
| 4552 | 12-01-1999 | 41 | MEDICAL MEDICAL SERVICES | -8.00 | -274.63 |
| 4581 | 12-03-1999 | 10 | MAINTENANCE PAYROLL GROUP 1 11-1-99 TO 11-30-99 | 18.06 | -256.57 |
| 4634 | 12-08-1999 | 37 | POSTAGE 12/8/99 | -6.45 | -263.02 |
| 4634 | 12-08-1999 | 37 | POSTAGE 12/8/99 | -7.22 | -270.24 |
| 4634 | 12-08-1999 | 37 | POSTAGE 12/8/99 | -5.03 | -275.27 |

COPY

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  5/16/2000
REMOTE PRINT TIME  8:29             FROM PURGE FILE              PAGE         2


        INMATE    NAME
        NUMBER    LAST                    FIRST         MI
        BQ3219    JAE                     JOHN          R


  BATCH       DATE                                      TRANSACTION BALANCE AFTER
    #     MO DY YEAR         TRANSACTION DESCRIPTION       AMOUNT   TRANSACTION

  4637    12-08-1999   37   POSTAGE
                            12/8/99                                    -278.4
  4637    12-08-1999   37   POSTAGE
                            12/8/99                         2.53       -281.00
  4672    12-21-1999   41   MEDICAL
                            MEDICAL SERIVES                            -283.00

                      BALANCE AFTER THESE TRANSACTIONS----->           -283.00
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE  5/16/2000
REMOTE PRINT TIME  8:29             FROM ACTIVE FILE           PAGE         1
```

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| BQ3219 | JAE | | JOHN | R | -283.00 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 4820 | 01-05-2000 | 37 | POSTAGE 12/99 | -.77 | -283.77 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -3.20 | -286.97 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.87 | -288.84 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.65 | -290.49 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -2.09 | -292.58 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -.88 | -293.46 |
| 4950 | 01-24-2000 | 37 | POSTAGE 1/24/00 | -.77 | -294.23 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -4.30 | -298.53 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -2.53 | -301.06 |
| 5202 | 02-29-2000 | 41 | MEDICAL MEDICAL SERVICES | -8.00 | -309.06 |
| 5244 | 03-06-2000 | 37 | POSTAGE 3/3/00 | -2.53 | -311.59 |
| 5321 | 03-21-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -317.59 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -321.89 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -326.19 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -330.49 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -334.79 |
| 5371 | 03-27-2000 | 14 | MISCELLANEOUS REFUND FOR MEDICAL SERVICE | 2.00 | -332.79 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -1.87 | -334.66 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.75 | -337.41 |
| 5468 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -2.09 | -339.50 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -340.49 |
| 5470 | 04-08-2000 | 37 | POSTAGE 4/8/00 | -.99 | -341.48 |

COPY

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING      DATE   5/16/2000
REMOTE PRINT TIME  8:29            FROM ACTIVE FILE         PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BQ3219 | JAE | JOHN | R |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5470 | 04-08-2000 | 37 | POSTAGE | | |
| | | | 4/8/00 | -.99 | -342.47 |
| 5516 | 04-20-2000 | 41 | MEDICAL | | |
| | | | MEDICAL SERVICES | -2.00 | -344.47 |
| 5521 | 04-25-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY BOOK | -2.00 | -346.47 |
| 5601 | 04-26-2000 | 14 | MISCELLANEOUS | | |
| | | | POSTAGE REFUND-MARCH | 4.30 | -342.17 |
| 5689 | 05-05-2000 | 37 | POSTAGE | | |
| | | | 05/05/00 | -3.20 | -345.37 |
| 5738 | 05-12-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DONE 5-11-00 | -.55 | -345.92 |
| 5738 | 05-12-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DONE 5-11-00 | -.55 | -346.47 |

```
                      BALANCE AFTER THESE TRANSACTIONS---        -346.47
```

COPY