UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:00-CV-1090** |
| Plaintiff | : | |
| | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, Chief Psychiatrist, | : | **FILED** HARRISBURG, PA |
| | : | JUN 2 1 2000 |
| Defendant | : | MARY E. D'ANDREA, CLERK Per _____ |

### ORDER

Pursuant to the Administrative Order issued June 19, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).¹

J. Andrew Smyser
Magistrate Judge

Dated: June  21 , 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

AO 72A