AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA          Civil Action No. 1:00-CV-01090
COUNTY OF CUMBERLAND

Personally appeared before me, a Notary Public in and for said County and Commonwealth, Ben C. Livingood, Corrections Superintendent Assistant at the State Correctional Institution at Camp Hill who, being duly sworn according to law, deposes and states that John Richard Jae, BQ-3219, is currently unemployed. Inmate Jae was received at the State Correctional Institution at Camp Hill on October 14, 1998. A copy of his account statement is attached.

By this affidavit he swears that the facts set forth are true and correct to the best of his knowledge, information, and belief.

_____
Ben C. Livingood
Corrections Superintendent Assistant

Sworn and subscribed before me
this ___20th___ day of ___June___, 2000.

_____
Notary

My Commission expires: October 6, 2002

NOTARIAL SEAL
PRISCILLA E. SONNTAG, Notary Public
Camp Hill, Cumberland County
My Commission Expires Oct. 6, 2002

FILED
SCRANTON
JUN 2 3 2000
PER _____ DEPUTY CLERK


```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   6/20/2000
REMOTE PRINT TIME 12:58              FROM ACTIVE FILE             PAGE         1

   INMATE    NAME
   NUMBER    LAST                  FIRST           MI          STARTING BALANCE
   BQ3219    JAE                   JOHN            R                -332.79

BATCH     DATE                                           TRANSACTION  BALANCE AFTER
  #    MO DY YEAR   TRANSACTION DESCRIPTION                 AMOUNT     TRANSACTION

5468   04-08-2000  37  POSTAGE
                       4/8/00                                -1.87       -334.66
5468   04-08-2000  37  POSTAGE
                       4/8/00                                -2.75       -337.41
5468   04-08-2000  37  POSTAGE
                       4/8/00                                -2.09       -339.50
5470   04-08-2000  37  POSTAGE
                       4/8/00                                 -.99       -340.49
5470   04-08-2000  37  POSTAGE
                       4/8/00                                 -.99       -341.48
5470   04-08-2000  37  POSTAGE
                       4/8/00                                 -.99       -342.47
5516   04-20-2000  41  MEDICAL
                       MEDICAL SERVICES                      -2.00       -344.47
5521   04-25-2000  38  INSIDE PURCHASES
                       LIBRARY BOOK                          -2.00       -346.47
5601   04-26-2000  14  MISCELLANEOUS
                       POSTAGE REFUND-MARCH                   4.30       -342.17
5689   05-05-2000  37  POSTAGE
                       05/05/00                              -3.20       -345.37
5738   05-12-2000  37  POSTAGE
                       POSTAGE DONE 5-11-00                   -.55       -345.92
5738   05-12-2000  37  POSTAGE
                       POSTAGE DONE 5-11-00                   -.55       -346.47
5765   05-17-2000  37  POSTAGE
                       5/17/00                               -3.20       -349.67
5847   05-31-2000  37  POSTAGE
                       5/31/00                               -1.21       -350.88
5873   06-02-2000  37  POSTAGE
                       6/2/00                                -2.31       -353.19
5875   06-05-2000  37  POSTAGE
                       6/5/00                                -6.50       -359.69
5830   06-07-2000  41  MEDICAL
                       MEDICAL SERVICES                      -6.00       -365.69
   0   06-15-2000  92  TRANSFER OUT
                       CAMP HILL
   0   06-15-2000  91  TRANSFER IN
                       WAYMART
 449   06-15-2000  37  POSTAGE
                                                             -4.30       -369.99
 449   06-15-2000  37  POSTAGE
                                                             -1.87       -371.86
 449   06-15-2000  37  POSTAGE
                                                              -.77       -372.63

                         BALANCE AFTER THESE TRANSACTIONS------>        -372.63
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE  6/20/2000
REMOTE PRINT TIME 12:58                  FROM PURGE FILE                 PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BQ3219 | JAE | JOHN | R | -283.00 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 4820 | 01-05-2000 | 37 | POSTAGE 12/99 | -.77 | -283.77 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -3.20 | -286.97 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.87 | -288.84 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -1.65 | -290.49 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -2.09 | -292.58 |
| 4830 | 01-06-2000 | 37 | POSTAGE 1/6/00 | -.88 | -293.46 |
| 4950 | 01-24-2000 | 37 | POSTAGE 1/24/00 | -.77 | -294.23 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -4.30 | -298.53 |
| 5066 | 02-09-2000 | 37 | POSTAGE 2/9/00 | -2.53 | -301.06 |
| 5202 | 02-29-2000 | 41 | MEDICAL MEDICAL SERVICES | -8.00 | -309.06 |
| 5244 | 03-06-2000 | 37 | POSTAGE 3/3/00 | -2.53 | -311.59 |
| 5321 | 03-21-2000 | 41 | MEDICAL MEDICAL SERVICES | -6.00 | -317.59 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -321.89 |
| 5352 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -326.19 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -330.49 |
| 5358 | 03-22-2000 | 37 | POSTAGE 3/22/00 | -4.30 | -334.79 |
| 5371 | 03-27-2000 | 14 | MISCELLANEOUS REFUND FOR MEDICAL SERVICE | 2.00 | -332.79 |

BALANCE AFTER THESE TRANSACTIONS------>    -332.79

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING             DATE   6/20/2000
REMOTE PRINT TIME 12:58               FROM PURGE FILE                  PAGE         2

   INMATE     NAME
   NUMBER     LAST                      FIRST           MI
   BQ3219     JAE                       JOHN            R

BATCH      DATE                                         TRANSACTION   BALANCE AFTER
  #      MO DY YEAR     TRANSACTION DESCRIPTION            AMOUNT       TRANSACTION

 4637    12-08-1999  37  POSTAGE
                         12/8/99                            -3.20         -278.47
 4637    12-08-1999  37  POSTAGE
                         12/8/99                            -2.53         -281.00
 4672    12-21-1999  41  MEDICAL
                         MEDICAL SERIVES                    -2.00         -283.00

                         BALANCE AFTER THESE TRANSACTIONS------>         -283.00
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING        DATE  6/20/2000
REMOTE PRINT TIME 12:58               FROM PURGE FILE             PAGE          1


    INMATE      NAME
    NUMBER      LAST                FIRST          MI              STARTING BALANCE
    BQ3219      JAE                 JOHN           R                    -326.94

                                                              TRANSACTION BALANCE AFTER
    BATCH    DATE
      #    MO DY YEAR    TRANSACTION DESCRIPTION                AMOUNT    TRANSACTION

    4141   10-05-1999  37  POSTAGE
                            10/1/99                              -.77      -327.71
    4141   10-05-1999  37  POSTAGE
                            10/1/99                             -1.43      -329.14
    4141   10-05-1999  37  POSTAGE
                            10/1/99                              -.99      -330.13
    4141   10-05-1999  37  POSTAGE
                            10/1/99                              -.44      -330.57
    4141   10-05-1999  37  POSTAGE
                            10/1/99                              -.77      -331.34
    4151   10-06-1999  10  MAINTENANCE PAYROLL
                            GROUP 1 9-1-99 TO 9-30-99           26.40      -304.94
    4177   10-07-1999  37  POSTAGE
                            10/6/99                             -1.65      -306.59
    4189   10-08-1999  37  POSTAGE
                            10/7/99                             -1.65      -308.24
    4189   10-08-1999  37  POSTAGE
                            10/7/99                             -1.65      -309.89
    4211   10-14-1999  41  MEDICAL
                            MEDICAL SERIVES                     -2.00      -311.89
    4331   10-29-1999  37  POSTAGE
                            10/29/99                            -3.20      -315.09
    4378   11-03-1999  10  MAINTENANCE PAYROLL
                            GROUP 1 10-1-99 TO 10-31-99         29.40      -285.69
    4402   11-04-1999  37  POSTAGE
                            11/4/99                             -1.43      -287.12
    4420   11-08-1999  37  POSTAGE
                            11/8/99                             -1.65      -288.77
    4420   11-08-1999  37  POSTAGE
                            11/8/99                             -1.43      -290.20
    4420   11-08-1999  37  POSTAGE
                            11/8/99                             -1.43      -291.63
    4497   11-19-1999  13  PERSONAL GIFT FROM
                            JAMES BOWMAN,ESQ 001036/467986      25.00      -266.63
    4552   12-01-1999  41  MEDICAL
                            MEDICAL SERVICES                    -8.00      -274.63
    4581   12-03-1999  10  MAINTENANCE PAYROLL
                            GROUP 1 11-1-99 TO 11-30-99         18.06      -256.57
    4634   12-08-1999  37  POSTAGE
                            12/8/99                             -6.45      -263.02
    4634   12-08-1999  37  POSTAGE
                            12/8/99                             -7.22      -270.24
    4634   12-08-1999  37  POSTAGE
                            12/8/99                             -5.03      -275.27
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              : Civil Action No. 1:00-cv-01090
                                                    :
Inmate: John Richard Jae                            :
ID Number: #BQ-3219                                 :

RECEIVED SUPT. SCIC
JUN 20 2000
Referred _____

FILED
JUN 19 2000

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate

After the initial payment, if there remains any unpaid fee due and

owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA  18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: June 19, 2000