UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | CIVIL NO. 1:00-CV-1090 |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| DR. ROBERT CLARK,<br>MARTIN L. DRAGOVICH,<br>JOHN A. PALAKOVICH,<br>ROBERT N. NOVOTNEY,<br>MICHAEL J. KAZOR, and<br>JOHN ANDRADE | FILED<br>HARRISBURG, PA<br>AUG 9 2000<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |
| Defendants | |

### ORDER

The plaintiff commenced this 42 U.S.C. § 1983 action by filing a complaint on June 5, 2000. The only defendant named in the complaint was Dr. Robert Clark. By an Order dated June 21, 2000, the plaintiff's request to proceed *in forma pauperis* was granted and the Clerk of Court was directed to serve the plaintiff's complaint in accordance with Fed.R.Civ.P. 4.

On August 3, 2000, the plaintiff filed an amended complaint naming five additional defendants.

AO 72A
(Rev.8/82)

AND NOW, this 9th day of August, 2000, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to serve plaintiff's amended complaint on the new defendants in accordance with Fed.R.Civ.P. 4. These defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: August 9, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each of the new defendants.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 9, 2000

Re:  1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

    John Richard Jae
    SCI-Camp Hill
    #BQ-3219
    P.O. Box 200
    Camp Hill, PA  17001-0200

cc:
Judge                           ( )
Magistrate Judge                (/)
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  (/) with N/C attached to complt. and served by:
                                    U.S. Marshal (/)    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen ( )   PA Atty Gen ( )
                                         DA of County ( )  Respondents ( )
Bankruptcy Court                ( )
Other_____     ( )

                                           MARY E. D'ANDREA, Clerk

DATE:  8/9/00                        BY:  _____
                                          Deputy Clerk