UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,           :    CIVIL NO. 1:00-CV-1090
        Plaintiff    :
                     :    (Judge Rambo)
vs.                         :
                     :    (Magistrate Judge Smyser) ✓
DR. ROBERT CLARK,           :
MARTIN L. DRAGOVICH,        :
JOHN A. PALAKOVICH,         :
ROBERT N. NOVOTNEY,         :
MICHAEL J. KAZOR, and       :
JOHN ANDRADE,               :
        Defendants   :

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant, Dr. Robert Clark, only.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 9/6/00

By: _____
James D. Young, Esquire
Attorney I.D. #53904
P. O Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendant,
Dr. Robert Clark