Page:
one:

From The Desc OF:
MR. John Richard Doe,
#BQ-3219
P.O. Box 200
Camp Hill, PA. 17001-0200

(15)
9/13/

September 5, 2000

To: Ms. Melissa Sayres,
Law Clerk To U.S. Magistrate
Judge J. Andrew Smyser
United States District Court
Middle District of Pa.
P.O. Box 827
Federal BLDG.
Harrisburg, PA. 17108 - 0827

FILED
HARRISBURG
SEP 12 2000

Re: Doe vs. Clark, et al.
CIVIL No. 1: CV-00-1090
Dear Ms. Sayres:
On June 21, 2000, Magistrate
Judge Smyser granted me Informa Pau
status In the above-captioned civil
Action - & ordered the Clerks office to
serve the Initial complaint upon De
Dr. Clark herein, but I never rece
Notice that such service was ma
& The wrote two letters to the Clerks
office asking for the date of service
such & they refuse to reply back to
a bout such & I now write to you
ask you to investigate such & rema