# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

September 12, 2000

John Richard Jae
BQ-3219
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200

Re: Jae v. Clark; 1:CV-00-1090

Mr. Jae:

    I am in receipt of your letter to me dated September 5, 2000. In your letter you ask on what date was defendant Clark served with the complaint. As you know, by an Order dated June 21, 2000, the Clerk of Court was ordered to serve your complaint. According to the docket, a summons was issued as to defendant Clark on June 21, 2000. Pursuant to Fed.R.Civ.P. 4(d), the U.S. Marshal usually sends a defendant a waiver of service form, which the defendant has thirty days to return. The Marshal has not yet filed a return of service in this case, thus I can not tell you the exact date that defendant Clark was served. I note that on September 7, 2000, James D. Young entered an appearance on behalf of defendant Clark.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: James D. Young
    Robert M. Wolff