"Please File In Case"

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## Harrisburg Division

JOHN RICHARD JAE,

    Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT N. NOVOTNEY,
MICHAEL J. KAZOR, and
JOHN ANDRADE,

    Defendants.

Civil No. 1:CV-00-10[?]

U.S. District Judge R[?]
/Magistrate Judge S[?]

FILED
HARRISBURG, PA
SEP 18 2000
MARY E. D'ANDREA, CLERK
Per _____

## MOTION FOR DEFAULT JUDGMENT

Plaintiff John Richard Jae, pursuant to Fed. [R. Civ. P.] 55(a), moves this Court to enter a judgment by default against Defendant Dr. Robert Clark only herein [for] $50,000.00 and states:

1. A default judgment has been requested to be [entered] herein the above-entitled Civil Action against Defendant Dr. Robert Clark only for failure to answer or otherwise [plead] in this case although more than 83 days has now elapsed since [date] of service of a copy of the complaint and a summons upon him.

2. Defendant Dr. Robert Clark is not in the military service [of the United] States as is shown by the accompanying affidavit, herein [filed].

(W)HEREFORE, this Court should enter default judgment [against] Defendant Dr. Robert Clark only for $50,000.00 herein the [above] Civil Action.

(S) John Rich[ard Jae]
      Plaintiff and Pro Se



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

JOHN RICHARD DAE,
           Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT N. NOONEY,
MICHAEL L. KAZOR, and
JOHN ANDRADE,
           Defendants.

Civil No. 1:CV-00-10__
U.S. District Judge R___
Magistrate Judge Smy___

FILED
HARRISBURG, PA
SEP 18 2000
MARY E. D'ANDREA, CLERK
Per _____

**AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff and Pro Se counsel John Richard Dae, d___ under penalty of perjury & pursuant to 28 U.S.C. § 1___

1. I am the Plaintiff & Pro Se counsel in the above-entitled c___

2. Defendant Dr. Robert Clark, was served with c___ the initial complaint and a summons on June __, 20__ this above-entitled civil action according to the docket

3. Defendant Dr. Robert Clark, has not filed & ___ answer to the complaint, any motion permitted by Fe___ nor requested an enlargement of time in which to do ___ more than eighty-three (83) days have now elapsed ___ date of service.

(s) ___John R___
MR. JOHN R___
Plaintiff and ___

MR. John R___
#BQ-3214
SCI-Camp H___
P.O. Box ___

Dated/Executed on:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg DIVISION

JOHN RICHARD JAE,
    Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT W. NOVOTNEY,
MICHAEL J. KAZOR, and
JOHN ANDRADE,
    Defendants.

Civil No. 1:CV-00-___

U.S. District Judge ___
Magistrate Judge ___

FILED
HARRISBURG PA
SEP 18 2000
MARY E. D'ANDREA, CLERK
Per _____

## AFFIDAVIT AS TO MILITARY SERVICE

Plaintiff and Pro Se Counsel John Richard Jae, declare[s under] penalty of perjury and pursuant to 28 U.S.C. §1746, th[at:]

1. I am the Plaintiff and Pro Se Counsel in the above-entitled civil [action and] make this Affidavit pursuant to the requirements of the Sol[diers' and] Sailors' Civil Relief Act, 50 U.S.C., Appendix, §520.

2. The Defendant Dr. Robert Clark has worked as Chief [Physician] at the State Correctional Institution At Camp Hill since [Plaintiff] was first incarcerated here on October 14, 1998.

3. Based on that fact, the Plaintiff is convinced that [Defendant] Dr. Clark is not in the military service of the Unite[d States.]

(S) _John Richard [Jae]_
MR. JOHN RICHA[RD JAE]
Plaintiff and Pro Se [Counsel]

Dated/Executed on:
___ SEPTEMBER 2000

MR. JOHN RICHA[RD JAE]
#BQ-3219
[SCI Camp Hill]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

JOHN RICHARD DOE,
    Plaintiff,

vs.

DR. ROBERT CLARK, et al.,
    Defendants.

Civil No. 1:CV-00-1090

U.S. District Judge
Magistrate Judge Smyser

FILED
HARRISBURG, PA
SEP 18 2000
MARY E. D'ANDREA, CLERK
Per _____

## BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Plaintiff John Richard Doe, pursuant to M.D.LR 7-, this Court, now files his Brief In Support of Motion for Default Judgment this above-entitled Civil Action & avers, deposes & states:

That, on or about June 19, 2000, Plaintiff filed this above Civil Action in this Court against Defendant Dr. Robert Clark, Chief at the State Correctional Institution At Camp Hill, Camp Hill, Pennsylvania.

That, on June 21, 2000, the Clerk of this Court mailed a copy of initial Complaint, herein, and a summons to Defendant Dr. Robert Clark.

Although more than eighty-three (83) days have now elapsed the date of service of a copy of the initial complaint and a summons Defendant Dr. Robert Clark, herein, said Defendant has not served an answer to the complaint nor taken any other as may be permitted by law herein this Civil Action.

That, on or about September 7, 2000, Attorney James D. Young his appearance on behalf of Defendant Dr. Robert Clark but did "not" file or serve any answer or any other motion allowed by law.

That, under Rule 55(a), Fed.R.Civ.P., a failure to file an answer prescribed by law to bring a Motion raising a Rule 12(b) defense within the request an extension of time to file an answer constitutes a failure otherwise defend.

Therefore, under the plain meaning of Fed.R.Civ.P. 55(a) given the above failure of Defendant to plead that this Court enter a default against Defendant Dr. Robert Clark, herein this case(s)

Mr. John R
Plaintiff Pro Se

Civil No. 1:CV-00-1090

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY THAT ON 9/14/00, I MAILED TO THE PERSONS LISTED BELOW BY WAY OF U.S. FIRST CLASS MAIL, POSTAGE PREPAID, A TRUE AND CORRECT COPY OF EACH OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT, AFFIDAVIT AS TO MILITARY SERVICE, AND BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT.

I Certify under Penalty of Perjury That on 9/14/00, I to Prison Officials here for mailing to this Court, the originals of each of the above-same documents.

MR. James D. Young, Esquire
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA 17108-1245

MR. Robert M. Wolff
Assistant Counsel
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 170

Executed/Dated on:
14th SEPTEMBER 2000
At: Camp Hill, Pennsylvania

(s) _____
MR. JOHN RICHARD
Plaintiff and Pro Se