

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,            :   CIVIL NO. 1:00-CV-1090
                             :
         Plaintiff           :   (Judge Rambo)
                             :
    v.                       :   (Magistrate Judge Smyser)
                             :
DR. ROBERT CLARK,            :
MARTIN L. DRAGOVICH,         :
JOHN A. PALAKOVICH,          :
ROBERT N. NOVOTNEY,          :                FILED
MICHAEL J. KAZOR, and        :             HARRISBURG, PA
JOHN ANDRADE                 :
                             :              SEP 20 2000
         Defendants          :
                                 MARY E. D'ANDREA, CLERK
                                 Per _____
                                          Deputy Clerk

### ORDER

The plaintiff commenced this 42 U.S.C. § 1983 action by filing a complaint on June 5, 2000. The only defendant named in the complaint was Dr. Robert Clark. By an Order dated June 21, 2000, the plaintiff's request to proceed *in forma pauperis* was granted and the Clerk of Court was directed to serve the plaintiff's complaint in accordance with Fed.R.Civ.P. 4.

AO 72A

On August 3, 2000, the plaintiff filed an amended complaint naming five additional defendants. By an Order dated August 9, 2000, the Clerk of Court was directed to serve the plaintiff's amended complaint on the new defendants in accordance with Fed.R.Civ.P. 4.

On August 24, 2000, the plaintiff filed a motion for a Temporary Restraining Order and/or an Expedited Preliminary Injunction and a brief and declaration in support of that motion. The plaintiff claims that he is not receiving needed mental health treatment. The motion, brief and declaration contain a certificate of service indicating that those documents were served on defendant Clark and on Sarah Vandenbraak, Chief Counsel with the Department of Corrections.

None of the defendants have filed a brief in opposition to the plaintiff's motion for preliminary injunctive relief.

AND NOW, this 20th day of September, 2000, **IT IS HEREBY ORDERED** that within ten days of the date of this Order the

2

defendants shall file a brief in opposition to the plaintiff's motion for preliminary injunctive relief.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: September  20 , 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 20, 2000

Re:  1:00-cv-01090    Jae v. Clark

True and correct copies of the attached were mailed by the clerk
to the following:

    John Richard Jae
    SCI-Camp Hill
    #BQ-3219
    P.O. Box 200
    Camp Hill, PA  17001-0200

    James D. Young, Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
    P. O. Box 12465
    Harrisburg, PA  17108-1245      Fax No.: 717-233-7003

    Robert M. Wolff, Esq.
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA  17011-8028

cc:
Judge                            ( )
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )

Bankruptcy Court ( )
Other _____ ( )

DA of County ( )   Respondents ( )

MARY E. D'ANDREA, Clerk

DATE: 9/20/00

BY: _____
/Deputy Clerk