"Please File In Case"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| JOHN RICHARD JAE, | CIVIL No. 1:CK-00-[...] |
| Plaintiff, | |
| | U.S. District Judge [...] |
| vs. | Magistrate Judge Smy[...] |
| DR. ROBERT CLARK, et al., | |
| Defendants. | |

FILED SEP 27 2000
PER [signature]
HARRISBURG, PA   DEPUTY CLERK

MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Counsel in the above Civil Action, John Richard Jae, as a Layman unlettered in the Arts & Sciences of the Laws & Legal Procedures within the States, who, now files his Motion for Enlargement of Time pursuant to Fed. R. Civ. P., Rule 6(b), herein, & who avers, deposes &[...]

1. That, on or about June 5, 2000, Plaintiff John Richard J[...] commenced this Civil Action, by filing a 42 U.S.C. § 1983 Civil R[...] Complaint, with an Application for Leave to Proceed In Forma [...] in this Federal Court, against Defendant Dr. Robert Clark.

2. On June 21, 2000, this Court granted Plaintiff leave to p[...] in forma pauperis, herein this case.

3. On August 3, 2000, this Plaintiff filed an Amended Comp[...] a right, pursuant to Fed. R. Civ. P., Rule 15(a), named five additional [...] herein this Civil Rights Action.

4. On August 9, 2000, U.S. Magistrate Judge J. Andrew Smy[...] Court ordered the Clerk to serve Plaintiff's amended co[...] on the new defendants in accordance with Fed. R. Cr. P. 4[...] this case.

5. On about September 8, 2000, Correction Defendants, by c[...]

filing of Responsive Pleading to Plaintiff's Amended Complaint, with a Brief and Appendix in support herein this case, until Plaintiff receives his copies of each of such pleading as ordered by the

6. Defendant Clark has not answered the Complaint herein, nor joined in the above-referenced Defendants' Motion, nor filed his own such same motion or any other motion, herein this

7. Plaintiff avers & submits, that due to the fact(s) that Prison RHU Lieutenant Rhoades deliberately & maliciously refuse to allow Plaintiff to receive his Court Case file and papers in this case from his personal property in the Prison's RHU Room here, in violation of DC-ADM. #801.VI.M.5, of the Department of Corrections, which is mandatory, due to the fact that the Prison RHU Lieutenant Rhoades & Officers deliberately & maliciously refuse to allow this Plaintiff to go to & use the Prison's RHU Mini Law Library here, in violation of DC-ADM #007. B.3,-4,-;&8,9 of the Pa. Dept. of Corrections, which is mandatory, in fact(s) that Defendants Dragovich, Novotney & Palakovich, are all fully aware & have condoned and have failed to correct & the above-stated illegal actions & violations of the RHU Lieutenant Rhoades & Officers here, and due to the fact this Plaintiff needs his Court Case file and papers herein, and furthermore needs to go to & use the RHU Mini Law Library at least once beforehand in order to enable him to adequately formulate, prepare, file & serve his Reply Brief in opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis status & Defer filing of Responsive Pleading to Plaintiff's Amended herein, and because this Plaintiff is getting ready to be transferred to another State Prison within the next several weeks, from Plaintiff is unable to prepare, file and serve his Plaintiff's Reply opposition to Defendants' Motion to Revoke Plaintiff's In Forma status and to Defer filing of Responsive Pleading, herein, this on or before September 27, 2000, (the present due date for such

of time of sixty (60) days from September 27, 2000, to and including November 27, 2000, in which to prepare, file & serve his Plaintiff's Reply Brief in Opposition to Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading, herein this case:

(W)HEREFORE, Plaintiff John Richard Jae, prays that the Court will enter an order granting him an enlargement of time of sixty (60) days from September 27, 2000, to & including November 27, 2000, in which to prepare, file & serve his Plaintiff's Brief In Opposition to Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint, herein this Civil Rights Action.

"I declare under penalty of perjury & pursuant to 28 U.S. §1746, that the above & foregoing facts are true & correct!"

AND HE SHALL EVER PRAY:

RESPECTFULLY SUBMITTED:

(s) _____
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

Dated/Executed on:

25th SEPTEMBER 2000:

At: Camp Hill, Pennsylvania:

MR. John Richard Jae,
#BQ-3219
SCI—Camp Hill
P.O. Box 200
Camp Hill, PA. 17001-0200

BRM No. 1: CV-00-1090

## CERTIFICATE OF SERVICE

I certify that on this 25th day of September, 2000 I caused a true & correct copy of the within Plaintiff's Motion for an Enlargement of Time be served upon the persons listed below by First Class Mail, Postage Prepaid & addressed to:

Mr. James D. Young, Esquire
Lavery, Faherty, Young and Patterson, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA-17108-1245

Mr. Robert M. Wolff,
Assistant Counsel,
Office of the Chief Counsel
Pa. Dept. of Corrections
55 Utley Drive
Camp Hill, PA. 17001

Dated/Executed On:
25th September, 2000:
At: Camp Hill, Pennsylvania:

(S) ____John Richard____
Mr. John Richard Jae
Plaintiff and Pro Se Counsel