See Attachment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : CIVIL NO. 1:00-CV-1090 |
| Plaintiff | : (Judge Rambo) |
| v. | : (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, MARTIN L. DRAGOVICH, JOHN A. PALAKOVICH, ROBERT N. NOVOTNEY, MICHAEL J. KAZOR, and JOHN ANDRADE | : |
| Defendants | : |

FILED
HARRISBURG, PA

OCT 02 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

AND NOW, this 2nd day of October, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 20) for a sixty-day extension of time to file a brief in opposition to the defendants' motion to revoke his *in forma pauperis* status is **DENIED**.

J. Andrew Smyser
Magistrate Judge

Dated: October 2, 2000.

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 2, 2000

Re:  1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

    John Richard Jae
    SCI-Camp Hill
    #BQ-3219
    P.O. Box 200
    Camp Hill, PA  17001-0200

    James D. Young, Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
    P. O. Box 12465
    Harrisburg, PA  17108-1245    Fax No.: 717-233-7003

    Robert M. Wolff, Esq.
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA  17011-8028

```
cc:
Judge                         ( )
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
```

Bankruptcy Court          ( )
Other _____     ( )

DA of County  ( )   Respondents ( )

MARY E. D'ANDREA, Clerk

DATE: _____10-2-00_____

BY: _____
Deputy Clerk