# ORIGINAL

FILED
HARRISBURG

OCT 1 0 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                        :

      Plaintiff                        :        Civil Action No. 1:00-CV-1090

                                    :

      v.                        :        (Chief Judge Rambo)

                                    :

DR. ROBERT CLARK, *et al.,*                :        (Magistrate Judge Smyser)

                                    :

      Defendants                        :

## APPENDIX TO CORRECTIONS DEFENDANTS' BRIEF IN
## OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
## ORDER AND/OR AN EXPEDITED PRELIMINARY INJUNCTION

Exhibit 1      Pa. Dept. of Corrections, Misconduct Tracking System, Guilty Charges
                Associated With Inmate, Selected Misconducts of Jae R. Jae,
                Inmate No. BQ-3219

Exhibit 2      Pa. Dept. of Corrections, Misconduct Tracking System, Multiple
                Sanctions Inquiry, Selected Sanctions of Jae R. Jae,
                Inmate No. BQ-3219

Exhibit 3      DC-46, Vote Sheet for John Jae, dated April 17, 2000

Exhibit 4      SCI-Waymart Admitting Assessment Note/Initial Assessment Plan for
                John Jae, Inmate No. BQ-3219, dated June 6, 2000

Exhibit 5     SCI-Waymart Special Assessment Unit, Psychology Department Testing for John Jae, Inmate No. BQ-3219, dated June 21, 2000

Exhibit 6     SCI-Waymart Special Assessment Unit, Comprehensive Treatment Plan for John Jae, Inmate No. BQ-3219, dated June 20, 2000

Exhibit 7     SCI-Waymart Special Assessment Unit, Psychology Department Testing for John Jae, Inmate No. BQ-3219, dated July 10, 2000

Exhibit 8     SCI-Waymart Special Assessment Unit (SAU) Discharge Instructions, for John Jae, Inmate No. BQ-3219, dated July 13, 2000

Exhibit 9     Pa. Dept. of Corrections, Inmate Account Systems, Inquiry – Transactions for John Jae, Inmate No. BQ-3219, for August 3 – September 7, 2000

Respectfully submitted,

Robert M. Wolff
Assistant Counsel
Attorney Identification No. 42798
Counsel for Corrections Defendants

Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated:         October 10, 2000

# EXHIBIT - 1

```
USER ID: U484275       PA DEPT. OF CORRECTIONS     PRODUCTION
DI501BM
TERM ID: 35F9      MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1     GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:22
```

===================================================================

```
DCN: BQ3219   NAME: JAE JOHN R                LOC: CAM
RACE: W  SEX: M  SID: 13440182   PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029           CUST LEVEL: 5        PGM CODES: T Z O
```
-----------------------------------------------------------------------------

| REF | COUNTS | CHARGE DESCRIPTION | MISCONDUCT | INCIDENT DT |
| --- | --- | --- | --- | --- |
| 01 | 1 of 1 | ASSAULT | A145845 | 4/23/2000 |
| 01 | 1 of 1 | ASSAULT | A233234 | 4/24/2000 |
| 01 | 1 of 1 | ASSAULT | A233259 | 4/30/2000 |
| 01 | 1 of 1 | ASSAULT | A274353 | 8/23/2000 |
| 01 | 1 of 1 | ASSAULT | A274367 | 8/23/2000 |
| 01 | 1 of 1 | ASSAULT | A274383 | 8/24/2000 |
| 01 | 1 of 1 | ASSAULT | A312509 | 9/05/2000 |
| 01 | 1 of 1 | ASSAULT | A312515 | 9/06/2000 |
| 01 | 1 of 1 | ASSAULT | A312517 | 9/05/2000 |
| 01 | 1 of 1 | ASSAULT | A312551 | 9/23/2000 |

USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1      GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:23
================================================================

DCN: BQ3219   NAME: JAE JOHN R                LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029        CUST LEVEL: 5      PGM CODES: T Z O
----------------------------------------------------------------

REF   COUNTS   CHARGE DESCRIPTION  MISCONDUCT INCIDENT DT
--- ---------- ------------------------------------ ---------- ----------

| REF | COUNTS | CHARGE DESCRIPTION | MISCONDUCT | INCIDENT DT |
|-----|--------|--------------------|-----------|-------------|
| 01  | 1 of 1 | ASSAULT            | 0A30644   | 5/27/2000   |
| 01  | 1 of 1 | ASSAULT            | 0A30648   | 5/28/2000   |
| 1A  | 1 of 1 | ASSAULT            | A143782   | 11/19/1999  |
| 1A  | 1 of 1 | ASSAULT            | A250508   | 2/15/2000   |
| 1A  | 1 of 1 | ASSAULT            | A250510   | 2/15/2000   |
| 1A  | 1 of 1 | ASSAULT            | A250514   | 2/15/2000   |
| 1A  | 1 of 1 | ASSAULT            | A250515   | 2/15/2000   |
| 1A  | 1 of 1 | ASSAULT            | A250518   | 2/15/2000   |
| 1A  | 1 of 1 | ASSAULT            | A250539   | 2/21/2000   |
| 1A  | 1 of 1 | ASSAULT            | 0443708   | 7/27/1998   |

================================================================

```
USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1      GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:24
===================================================================
DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029          CUST LEVEL: 5      PGM CODES: T Z O
-------------------------------------------------------------------
REF   COUNTS   CHARGE DESCRIPTION  MISCONDUCT INCIDENT DT
---  ----------  ------------------------------------  ----------  ----------
1A   1 of  1  ASSAULT              0443737   7/14/1998
1A   1 of  1  ASSAULT              0723782   10/21/1997
1A   1 of  1  ASSAULT              0744067   10/22/1997
1A   1 of  1  ASSAULT              0778482   12/31/1998
1A   1 of  1  ASSAULT              0938030   7/30/1998
1A   1 of  1  ASSAULT              0938806   9/28/1998
1A   1 of  1  ASSAULT              0976651   1/21/1998
1A   1 of  1  ASSAULT              0976667   2/24/1998
1A   1 of  1  ASSAULT              0976668   2/24/1998
1A   1 of  1  ASSAULT              0976669   2/27/1998
===================================================================
```

USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1      GUILTY CHARGES ASSOCIATED WITH INMATE     TIME:
10:25
=======================================================================

DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:       SSN1: 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
DOB: 1/31/1960  PBPP:         PITTS PHOTO:       SSN2:
QUARTERS: D  A  1029           CUST LEVEL: 5      PGM CODES: T Z O
-----------------------------------------------------------------------

| REF | COUNTS | CHARGE DESCRIPTION | MISCONDUCT | INCIDENT DT |
|-----|--------|--------------------|------------|-------------|
| 1A | 1 of 1 | ASSAULT | 0976692 | 3/28/1998 |
| 1A | 1 of 1 | ASSAULT | 0976699 | 3/29/1998 |
| 1A | 1 of 1 | ASSAULT | 0997980 | 6/28/1998 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A143782 | 11/19/1999 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A208974 | 11/21/1999 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A250508 | 2/15/2000 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A250509 | 2/15/2000 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A250511 | 2/15/2000 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A250517 | 2/15/2000 |
| 1N | 1 of 1 | THREATENING EMPLOYE | A250518 | 2/15/2000 |

=======================================================================

```
USER ID: U484275        PA DEPT. OF CORRECTIONS     PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1      GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:25
===========================================================================
DCN: BQ3219   NAME: JAE JOHN R                   LOC: CAM
RACE: W  SEX: M  SID: 13440182     PHILA PHOTO:        SSN1: 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
DOB: 1/31/1960  PBPP:          PITTS PHOTO:       SSN2:
QUARTERS: D  A  1029           CUST LEVEL: 5       PGM CODES: T Z O
---------------------------------------------------------------------------
REF  COUNTS  CHARGE DESCRIPTION  MISCONDUCT INCIDENT DT
---  --------  ------------------------------------  ----------  ----------
1N   1 of  1  THREATENING EMPLOYE              0443737   7/14/1998
1N   1 of  1  THREATENING EMPLOYE              0938031   7/31/1998
1N   1 of  1  THREATENING EMPLOYE              0938808   9/28/1998
1N   1 of  1  THREATENING EMPLOYE              0997980   6/28/1998
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A145841   4/23/2000
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A145847   4/23/2000
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A233248   4/26/2000
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A233276   5/02/2000
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A274354   8/24/2000
15   1 of  1  THREATEN AN EMPLOYEE
              OR THEIR FAMILY WIT              A274377   8/22/2000
===========================================================================
```

USER ID: U484275       PA DEPT. OF CORRECTIONS    PRODUCTION
DI501BM
TERM ID: 35F9      MISCONDUCT TRACKING SYSTEM      DATE:
10/10/2000
SESSION: 1     GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:27

=================================================================

DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182   PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029         CUST LEVEL: 5      PGM CODES: T Z O

-----------------------------------------------------------------

| REF | COUNTS | CHARGE DESCRIPTION | MISCONDUCT | INCIDENT DT |
|-----|--------|--------------------|-----------|-------------|
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | A312512 | 9/04/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | A312517 | 9/05/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | A312550 | 9/23/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | A312553 | 9/23/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | 0A30643 | 5/27/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | 0A30648 | 5/28/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | 0A30669 | 5/29/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | 0A30671 | 5/27/2000 |
| 15 | 1 of 1 | THREATEN AN EMPLOYEE OR THEIR FAMILY WIT | 0A30672 | 5/27/2000 |
| 17 | 1 of 1 | THREATENING ANOTHER PERSON | A312549 | 9/22/2000 |

=================================================================

USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1      GUILTY CHARGES ASSOCIATED WITH INMATE      TIME:
10:30

====================================================================

DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:        SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:        SSN2:
QUARTERS: D  A  1029            CUST LEVEL: 5        PGM CODES: T Z O

--------------------------------------------------------------------

| REF | COUNTS | CHARGE DESCRIPTION | MISCONDUCT | INCIDENT DT |
|-----|--------|--------------------|------------|-------------|
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A233248 | 4/26/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A274377 | 8/22/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A312517 | 9/05/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A312553 | 9/23/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A312565 | 9/27/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | A312585 | 9/13/2000 |
| 33 | 1 of 1 | USING ABUSIVE, OBSCENE, OR INAPPROPRIATE | 0A30671 | 5/27/2000 |
| 3 | 1 of 1 | THREATENING OTHER PERSON | A126180 | 1/12/1999 |
| 3 | 1 of 1 | THREATENING OTHER PERSON | A250535 | 2/21/2000 |
| 3 | 1 of 1 | THREATENING OTHER PERSON | 0723782 | 10/21/1997 |

====================================================================

```
USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI501BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1        GUILTY CHARGES ASSOCIATED WITH INMATE    TIME:
10:32
==============================================================
DCN: BQ3219   NAME: JAE JOHN R                  LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:        SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:        SSN2:
QUARTERS: D  A  1029            CUST LEVEL: 5        PGM CODES: T Z O
--------------------------------------------------------------
REF  COUNTS   CHARGE DESCRIPTION    MISCONDUCT INCIDENT DT
---  ---------  ---------------------------------- ---------- ----------
 3   1 of 1  THREATENING OTHER PERSON        0744067  10/22/1997
 3   1 of 1  THREATENING OTHER PERSON        0778422  12/09/1998
 3   1 of 1  THREATENING OTHER PERSON        0778482  12/31/1998
 3   1 of 1  THREATENING OTHER PERSON        0938030   7/30/1998
 3   1 of 1  THREATENING OTHER PERSON        0938806   9/28/1998
 3   1 of 1  THREATENING OTHER PERSON        0953220   3/08/1998
 3   1 of 1  THREATENING OTHER PERSON        0976640  12/24/1997
 3   1 of 1  THREATENING OTHER PERSON        0976699   3/29/1998
 7   1 of 1  REFUSING TO OBEY AN ORDER       A126180   1/12/1999
 7   1 of 1  REFUSING TO OBEY AN ORDER       A143781  11/19/1999

==============================================================
```

# EXHIBIT - 2

USER ID: U484275       PA DEPT. OF CORRECTIONS       PRODUCTION
DI321BM
TERM ID: 35F9       MISCONDUCT TRACKING SYSTEM       DATE:
10/10/2000
SESSION: 1       MULTIPLE SANCTIONS INQUIRY       TIME:

===============================================================

DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182   PHILA PHOTO:        SSN1: 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
DOB: 1/31/1960  PBPP:          PITTS PHOTO:        SSN2:
QUARTERS: D  A  1029            CUST LEVEL: 5       PGM CODES: T Z O

---------------------------------------------------------------

| | ASSOC WITH MISCONDUCT | EFFECT-DT | NUMBER DAYS | COMPLETE-DT | OTHER MISCONDUCT |
|---|---|---|---|---|---|
| A DISCIPLINARY CUSTODY | | | | | |
| | A208974 | 2/17/2000 | 60 | 4/16/2000 | ConSec A143782 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0744000 | 4/13/2000 | 30 | 3/03/1999 | ConSec 0741513 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0976699 | 4/13/2000 | 90 | 3/03/1999 | ConSec 0741513 |
| R DISCIPLINARY CUSTODY | | | | | |
| | A208986 | 4/17/2000 | | 4/16/2000 | |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250506 | 4/17/2000 | 15 | 5/01/2000 | ConSec A208974 |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250510 | 5/02/2000 | 90 | 7/30/2000 | ConSec A250506 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0997980 | 5/13/2000 | 90 | 3/03/1999 | ConSec 0744000 |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250508 | 7/31/2000 | 90 | 10/28/2000 | ConSec A250510 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0443708 | 8/11/2000 | 60 | 3/03/1999 | ConSec 0997980 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0443736 | 8/11/2000 | 90 | 3/03/1999 | ConSec 0997980 |

===============================================================

```
USER ID: U484275      PA DEPT. OF CORRECTIONS    PRODUCTION
DI321BM
TERM ID: 35F9      MISCONDUCT TRACKING SYSTEM      DATE:
10/10/2000
SESSION: 1      MULTIPLE SANCTIONS INQUIRY      TIME:
```

===========================================================

```
DCN: BQ3219   NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D A  1029          CUST LEVEL: 5        PGM CODES: T Z O
```

-----------------------------------------------------------------------

| | ASSOC WITH MISCONDUCT | EFFECT-DT | NUMBER DAYS | COMPLETE-DT | OTHER MISCONDUCT |
|---|---|---|---|---|---|
| S DISCIPLINARY CUSTODY | | | | | |
| | 0938030 | 10/10/2000 | 90 | 3/03/1999 | ConSec 0443708 |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250509 | 10/29/2000 | 90 | 1/27/2001 | ConSec A250508 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0443737 | 11/09/2000 | 90 | 3/03/1999 | ConSec 0443736 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0938034 | 11/09/2000 | 60 | 3/03/1999 | ConSec 0443736 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0938031 | 1/09/2001 | 90 | 3/03/1999 | ConSec 0938030 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0958419 | 1/09/2001 | 30 | 3/03/1999 | ConSec 0938034 |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250511 | 1/28/2001 | 90 | 4/27/2001 | ConSec A250509 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0938806 | 2/08/2001 | 90 | 3/03/1999 | ConSec 0958419 |
| A DISCIPLINARY CUSTODY | | | | | |
| | A250513 | 4/28/2001 | 30 | 5/27/2001 | ConSec A250511 |
| S DISCIPLINARY CUSTODY | | | | | |
| | 0938808 | 5/09/2001 | 90 | 3/03/1999 | ConSec 0938806 |

===========================================================

```
USER ID: U484275        PA DEPT. OF CORRECTIONS      PRODUCTION
DI321BM
TERM ID: 35F9        MISCONDUCT TRACKING SYSTEM          DATE:
10/10/2000
SESSION: 1        MULTIPLE SANCTIONS INQUIRY        TIME:
```

=================================================================

DCN: BQ3219  NAME: JAE JOHN R                    LOC: CAM
RACE: W  SEX: M  SID: 13440182    PHILA PHOTO:        SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029          CUST LEVEL: 5        PGM CODES: T Z O

-----------------------------------------------------------------

|  | ASSOC WITH MISCONDUCT | EFFECT-DT | NUMBER DAYS | COMPLETE-DT | OTHER MISCONDUCT |
|---|---|---|---|---|---|
| A DISCIPLINARY CUSTODY | A250517 | 5/28/2001 | 90 | 8/25/2001 | ConSec A250513 |
| S DISCIPLINARY CUSTODY | 0690742 | 8/07/2001 | 30 | 3/03/1999 | ConSec 0938808 |
| A DISCIPLINARY CUSTODY | A250518 | 8/26/2001 | 90 | 11/23/2001 | ConSec A250517 |
| S DISCIPLINARY CUSTODY | 0778422 | 9/06/2001 | 60 | 3/03/1999 | ConSec 0690742 |
| S DISCIPLINARY CUSTODY | 0778482 | 11/05/2001 | 90 | 3/03/1999 | ConSec 0778422 |
| S DISCIPLINARY CUSTODY | 0778495 | 11/05/2001 | 15 | 3/03/1999 | ConSec 0778422 |
| S DISCIPLINARY CUSTODY | A126180 | 11/20/2001 | 30 | 3/03/1999 | ConSec 0778495 |
| A DISCIPLINARY CUSTODY | A250503 | 11/24/2001 | 15 | 12/08/2001 | ConSec A250518 |
| A DISCIPLINARY CUSTODY | A250535 | 12/09/2001 | 60 | 2/06/2002 | ConSec A250503 |
| A DISCIPLINARY CUSTODY | A250538 | 2/07/2002 | 30 | 3/08/2002 | ConSec A250535 |

=================================================================

```
USER ID: U484275        PA DEPT. OF CORRECTIONS     PRODUCTION
DI321BM
TERM ID: 35F9      MISCONDUCT TRACKING SYSTEM        DATE:
10/10/2000
SESSION: 1        MULTIPLE SANCTIONS INQUIRY       TIME:
==============================================================
DCN: BQ3219   NAME: JAE JOHN R                LOC: CAM
RACE: W  SEX: M   SID: 13440182   PHILA PHOTO:       SSN1: 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
DOB: 1/31/1960  PBPP:       PITTS PHOTO:      SSN2:
QUARTERS: D  A  1029          CUST LEVEL: 5      PGM CODES: T Z O
--------------------------------------------------------------
                ASSOC WITH      NUMBER        OTHER
             MISCONDUCT EFFECT DAYS COMPLETE MISCONDUCT
                     -DT            -DT

A DISCIPLINARY CUSTODY
             A250541   3/09/2002  45   4/22/2002 ConSec A250538
A DISCIPLINARY CUSTODY
             A250539   4/23/2002  90   7/21/2002 ConSec A250541
A DISCIPLINARY CUSTODY
             A145888   7/22/2002  30   8/20/2002 ConSec A250539
A DISCIPLINARY CUSTODY
             A250515   8/21/2002  90  11/18/2002 ConSec A145888
A DISCIPLINARY CUSTODY
             A250514  11/19/2002  90   2/16/2003 ConSec A250515
A DISCIPLINARY CUSTODY
             A145839   2/17/2003  30   3/18/2003 ConSec A250514
A DISCIPLINARY CUSTODY
             A145838   3/19/2003  30   4/17/2003 ConSec A145839
A DISCIPLINARY CUSTODY
             A145841   4/18/2003  90   7/16/2003 ConSec A145838
A DISCIPLINARY CUSTODY
             A145847   7/17/2003  90  10/14/2003 ConSec A145841
A DISCIPLINARY CUSTODY
             A145845  10/15/2003  90   1/12/2004 ConSec A145847
==============================================================
```

USER ID: U484275       PA DEPT. OF CORRECTIONS     PRODUCTION
DI321BM
TERM ID: 35F9      MISCONDUCT TRACKING SYSTEM      DATE:
10/10/2000
SESSION: 1       MULTIPLE SANCTIONS INQUIRY       TIME:
=================================================================

DCN: BQ3219   NAME: JAE JOHN R            LOC: CAM
RACE: W  SEX: M   SID: 13440182   PHILA PHOTO:      SSN1: 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
DOB: 1/31/1960  PBPP:        PITTS PHOTO:      SSN2:
QUARTERS: D A 1029       CUST LEVEL: 5       PGM CODES: T Z O

-----------------------------------------------------------------

| | ASSOC WITH | | NUMBER | | OTHER |
|---|---|---|---|---|---|---|
| | MISCONDUCT | EFFECT-DT | DAYS | COMPLETE-DT | | MISCONDUCT |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233234 | 3/13/2004 | 90 | 6/10/2004 | ConSec | A145854 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233235 | 6/11/2004 | 30 | 7/10/2004 | ConSec | A233234 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233236 | 7/11/2004 | 30 | 8/09/2004 | ConSec | A233235 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233248 | 8/10/2004 | 75 | 10/23/2004 | ConSec | A233236 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233259 | 10/24/2004 | 90 | 1/21/2005 | | |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233276 | 1/22/2005 | 75 | 4/06/2005 | ConSec | A233259 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | A233284 | 4/07/2005 | 30 | 5/06/2005 | ConSec | A233276 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | 0A30643 | 5/07/2005 | 90 | 8/04/2005 | ConSec | A233284 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | 0A30672 | 8/05/2005 | 90 | 11/02/2005 | ConSec | 0A30643 |
| A DISCIPLINARY CUSTODY | | | | | | |
| | 0A30648 | 11/03/2005 | 210 | 5/31/2006 | ConSec | 0A30672 |

=================================================================

# EXHIBIT - 3

| DC - 46 (Rev. 7/95) | **VOTE SHEET** | | | **Commonwealth of Pennsylvania** Department of Corrections |
|---|---|---|---|---|

| Facility SCIC | Date | Number BQ3219 | Name Jae, John | Cus. Lev. & Code (s) 5TZO |
|---|---|---|---|---|

**Purpose** Temporary Transfer to Special Assessment Unit SCI Waymart

| | YES | NO | COMMENTS |
|---|---|---|---|
| Counselor L. KERSTETTER | X | | CANNOT CONTROL IMPULSES — BAD BEHAVIOR |
| Work Supervisor N/A | | | |
| Corrections Officer CONRAD COI | | X | |
| Psychologist George Clements | X | | |
| Unit Mgr., Couns. Supv., CCC Dir. [signature] | | X | Request assessment of SAU suitability. |
| Inmate Program Mgt [signature] | | ✓ | |
| David Bailey MHC Psp. | | X | |
| **Votes Recorded** | | | |

**STAFF RECOMMENDATIONS** The SAU will offer an opportunity to assess Mr. Jae's mental health functioning capacity on his ability to serve his continued RHU time or to find a reasonable alternative without rewarding his negative behavior. He has been confined in the RHU for a lengthy period of time on several seperate occasions and has a history of mental illness.

| Deputy - Centralized Services | Yes ☑ | No ☐ | Deputy - Facility Management | Yes ☒ | No ☐ |
|---|---|---|---|---|---|
| Comments [signature] | | | Comments [signature] 4-14-00 The inmate always wants to be the center of attention | | |

| Sign. of Supt., DCC Dir., Reg. Dir., Commander [signature] 4/17/00 | X | Approved | | Disapproved |
|---|---|---|---|---|
| Comments | | | | |

# EXHIBIT - 4

SCI WAYMART'S SPECIAL ASSESSMENT UNIT
ADMITTING ASSESSMENT NOTE/INITIAL ASSESSMENT PLAN

NAME: _JAE, JOHN_  DOC #: _BQ 3219_

DATE OF ADMISSION: _6·6·00_  DATE OF ASSESSMENT: _6·6·00_

REASON FOR ADMISSION: GAF: _____

"The SAU will offer an opportunity to assess Mr. Jae's mental health functioning capacity on his ability to serve his warmind time a to find a reasonable alternative."

BRIEF MENTAL STATUS (INCLUDE EMOTIONAL STATUS AND PRESENTING BEHAVIOR):
A0x3. mood is described as good. Denies A/H.
Denies A/. Hallucinations. 'Excited' to be here. No 1st rank symptoms.

BRIEF PHYSICAL STATUS: Partial Deafness in one year.
Low Back pain.

BRIEF NEUROLOGICAL STATUS:
A0x3. Ø cognitive impairment.
Ø paralysis. Ø paresions. Ø acute change in mental status.

ADMITTING DIAGNOSIS (USE ICD-9 CODES):
AXIS I: _R/o Personality d/o labile type 2° to head injury._
_R/o Bipolar d/o._
AXIS II: _R/o Borderline Pers. D/o._
AXIS III: _Hx of Head injury — Poss. Contributory. LBP non contributory_
PSYCHIATRIC PROBLEM: _Poor impulse control._
_manic symptoms in the past._
_R/o organic etiology._

# EXHIBIT - 5



## SCI-WAYMART SPECIAL ASSESSMENT UNIT

## PSYCHOLOGY DEPARTMENT TESTING

**INMATE NAME:** _____ JAE, JOHN _____  **INMATE NO:** BQ-3219

**DATE OF EVALUATION**: _____ JUNE 21, 2000 _____  **UNIT:** _____ SAU _____

| TEST(S) ADMINISTERED: | DATE ADMINISTERED: |
|---|---|
| Minnesota Multiphasic Personality Inventory-II (MMPI-II) | 6-9-00 |
| Millon Clinical Multiaxial Inventory-III (MCMI-III) | 6-14-00 |

SCI Waymart Special Assessment Unit Comprehensive Treatment Plan

Name _John Doe_____ DOC# _BQ3219_ Contact Person _____

ICD Code:_____ Psychiatrist _DR Rahman_____ Date _6/20/00_ Last Plan_____

GAF Score _50__ Date _6/20/00_

| Problems, Goals (min 2) | Measurable Objectives | Staff | Target Date | Retired |
|---|---|---|---|---|
| ① will maintain self safety/safety of others. | No assaults. Ø self harmful behavior. | SAU team. | 7/20 | |
| ② follow RHU rules | Ø misconducts | SAU team | 7/20 | |
| | | | | |

| Modalities (Check All That Apply) | Duration & Frequency | | | | |
|---|---|---|---|---|---|
| | Weekly | 2x/week | 3x/week | Daily | |
| Individual | ✓ | | ✓ | prn | |
| Group | | | | | |
| Group | | | | | |
| Group | | | | | |
| Education | | | | | |
| Other | | | | | |

Estimated Length of Stay:
Up to 3 months ____
Up to 6 Months ____
Up to 1 Year ____
Over 1 Year ____

Review Date:
_7/20/00_

Signatures:

Client:_____ DATE   Psychiatrist: _____ 6-20-00

Psychologist: _____ 6/20/00 DATE   Unit Manager:_____

Counselor/SW:_____ DATE   Unit R.N. _Paulette Petrikonis RN_ 6/

**EXHIBIT - 7**


7·13·00

# SCI-WAYMART SPECIAL ASSESSMENT UNIT

# PSYCHOLOGY DEPARTMENT TESTING

**INMATE NAME:** _____JAE, JOHN_____     **INMATE NO:** BQ-3219

**DATE OF EVALUATION:** ___JULY 10, 2000___     **UNIT:** ___SAU___

| TEST(S) ADMINISTERED: | DATE ADMINISTERED: |
|---|---|
| Screening Test for the Luria-Nebraska Neuropsychological Battery | 6-28-00 |
| Wisconsin Card Sorting Test (WCST) | 6-28-00 |
| Stroop Neuropsychological Screening Test | 6-28-00 |
| Hare Psychopathology Checklist; Screening Version (PCL; SV) | 7-7-00 |

# EXHIBIT - 8

## SCI-WAYMART SPECIAL ASSESSMENT UNIT
## (SAU)
## DISCHARGE INSTRUCTIONS

Inmate Name: _JAE, JOHN_          DOC: _BQ 3219_

Date of Admission: _6/6/2000_

Date of Teleconference: _7/13/2000_

Expected Discharge Date: _7/18/2000 (Tentative)_

Admitting Diagnosis: Axis I: _R/o Personality D/o Labile type 2° to Head injury, Pedophilia_
Axis II: _Antisocial PD (Provisional); R/o Borderline PD  ○ EtOH abuse_
Axis III: _Head injury most likely contributory; SPMI, Low Back p_
Axis IV: _Interaction ē legal system; Interpersonal problems._
Axis V: _40_

Laboratory Studies (If abnormal)   _EEG (done → /results pending)_

Discharge Diagnosis: Axis I: _EtOH abuse; Pedophilia_
Axis II: _Antisocial Personality D/o (PRIMARY); Borderline Personality D/o_
Axis III: _Head injury (non-contributory) S/PMI, Low Back pain_
Axis IV: _Problems ē interaction ē legal system; Interpersonal prob_
Axis V: _40_

Aftercare Plan (Recommendations)

1.   Psychotropic Medications

   _Benadryl 50 mg PO HS PRN insomnia._

2.   Referral to Specific Program:

   _Special Management Unit._
   _Also if threatens self harm, temporary transfer to POA or_

3.   Other Medications: _Special observation unit (SOU)_

   _As per medicine._

4.   Medical Problems that require follow-up:

   _As per medicine_

   _M. Rahman MD._

# EXHIBIT - 9

INMATE ACCOUNTS SYSTEM          MA301A2
INQUIRY - TRANSACTIONS

INMATE NUMBER  NAME, LAST      FIRST       MI
BQ3219    JAE        JOHN        R

| BATCH NUMBER | DATE YEAR MO DAY | TRANSACTION CODE | TRANSACTION SUB DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|---|
| 6285 | 2000-08-03 | 41 | MEDICAL | | |
| | | | 00 MEDICAL SERVICES | 2.00 | 402.81CR |
| 6340 | 2000-08-04 | 37 | POSTAGE | | |
| | | | 00 U.P.S. | 8.12 | 410.93CR |
| 6439 | 2000-08-21 | 41 | MEDICAL | | |
| | | | 00 MEDICAL SERVICES | 6.00 | 416.93CR |
| 6455 | 2000-08-23 | 37 | POSTAGE | | |
| | | | 00 POSTAGE 8-22-2000 | 2.53 | 419.46CR |
| 6502 | 2000-08-30 | 41 | MEDICAL | | |
| | | | 00 MEDICAL SERVICES | 6.00 | 425.46CR |
| 6559 | 2000-09-07 | 37 | POSTAGE | | |
| | | | 00 DONE 9-6-00 | 2.31 | 427.77CR |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                                :
                                                 :
      Plaintiff                          :    Civil Action No. 1:00-CV-1090
                                                 :
      v.                                 :    (Chief Judge Rambo)
                                                 :
DR. ROBERT CLARK, *et al.,*                      :    (Magistrate Judge Smyser)
                                                 :
      **Defendants**                     :

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing APPENDIXTO CORRECTIONS DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR AN EXPEDITED PRELIMINARY INJUNCTION upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

John Richard Jae, BQ-3219
SCI – Camp Hill
P.O. Box 200
Camp Hill, PA  17001-0200

_____
Robert M. Wolff
Assistant Counsel
Attorney I.D. No. 42798

Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, Pa  17011
(717) 731-0444

Dated:    October 10, 2000