

FROM The Desk OF:
MR. John Richard Joe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370
October 26, 2000

**FILED**
**HARRISBURG**

OCT 3 0 2000

**MARY E. D'ANDREA, CLERK**
Per_____
DEPUTY CLERK

MJ Snyder —

(38)

10/31/

To: Office of the Clerk,
U.S. District Court,
Middle District of Pennsylvania
228 Walnut Street
P.O.Box 983
Harrisburg, PA. 17108-0983

Re: Joer-Long, et al.,
Civil No. 1:CV-99-0071
and

Re: Joe V. Laskey,
Civil No. 1:CV-99-1610
and

Re: Joe vs. Tyler, et al.,
Civil No. 1:CV-00-0315
and

Re: Joe V. Clark, et al.,
Civil No. 1:CV-00-1090
and

Re: Joe V. Wexford Health Services, Inc.,
Civil No. 1:CV-00-1534

Dear Clerk:

Please correct the Record in each of the
above-captioned Cases to reflect that the Plaintiff
address of record therein each such case is immed-
changed to: MR. John Richard Joe, #BQ-3219, SCI-Greene
/SMU, 175 Progress Drive, Waynesburg, PA. 15370. & that

CC: MR. James D. Young, Esq.,             Sincerely:
    MR. Robert M. Williams, Esq., (S)      John Richard Joe
    MR. Michael C. Harvey, Esq.            MR. JOHN RICHARD JOE
                                           Plaintiff and Pro Se,