IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

JOHN RICHARD JAE,
Plaintiff,

vs.

DR. ROBERT CLARK, et al.,
Defendants.

Civil Action No. 1:CV-00-1090

U.S. District Judge Rambo
Magistrate Judge Smyser

ORIGINAL

FILED
HARRISBURG
OCT 30 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

Comes Now, the Plaintiff & Pro Se Counsel in the above entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States & now files his Motion For Enlargement of Time, pursuant to Fed.R.Civ.P., Rule 6(b) & who avers/asserts:

1. On or About August 24, 2000, Plaintiff John Richard Jae, filed his Motion For A Temporary Restraining Order And/or An Preliminary Injunction, Order To Show Cause And Temporary Restraining Order, Affidavit, And Memoranda of Law In Support Of Motion For A Temporary Restraining Order And/or An Preliminary Injunction, herein this case.

2. On or About October 4, 2000, Defendant Dr. Clark filed his Brief In Opposition To Plaintiff's Request For Injunction Relief herein this case.

3. On or About October 10, 2000, Correction Defendants filed their Brief In Opposition To Plaintiff's Motion For Temporary Restraining or An Expedited Preliminary Injunction, herein this case.

4. Due to the facts that the Plaintiff has other legal obligations in other Civil Actions which he is presently working on now and due to the facts that the Prison limits the amounts of paper & postage which it provides an indigent inmate such as this Plaintiff, herein, Plaintiff

month and this Plaintiff does "not" have enough paper and postage left for this month to meet his legal obligations in the other cases & this case too, ~~[illegible]~~ and due to the fact that this prison limits the amount of time he can go to and spend in the RHU mini Law Library doing legal research, he is unable to complete the necessary legal investigations needed to prepare and file his Reply Brief to Defendant Dr. Clark's Brief in Opposition to Plaintiff's Request for Injunctive Relief herein, by the present due date for such of Octoeber 18, 2000, and he is likewise unable to complete the necessary legal investigation needed to prepare & file his Reply Brief to Corrections Defendant's Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order And/or An Expedited Preliminary Injunction, herein, by the due date for such of Octoeber 24, 2000, and thus he requests an enlargement of time of thirty (30) days from this date to and including November 10, 2000, in which to file his Reply Brief to Defendant Dr. Clark's Brief in Opposition to Plaintiff's Request for Injunctive Relief and his Reply Brief to Plaintiff's Motion for Temporary Restraining Order And/or An Expedited Preliminary Injunction herein this case.

(W)HEREFORE, this Court should grant this motion in full.

RESPECTFULLY SUBMITTED,
(S) John Richard Jae
MR. JOHN RICHARD JAE
Plaintiff and Pro Se Counsel

MR. John Richard Jae
#BQ-3919
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA. 17001-0200

Dated: 11th Octoeber 2000.