IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,     CIVIL NO. 1:CV-00-1090
  Plaintiff,

vs.                   U.S. District Judge Rambo

DR. ROBERT CLARK, et al.,   Magistrate Judge Smyser
  Defendants.

(41)
11-3-0

FILED
HARRISBURG
NOV 02 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Action, John Richard Jae, as a layman unlettered in the Arts & Sciences the Laws & legal procedures within the United States & now files his Motion For Enlargement of Time, herein, pursuant to Fed. R. Civ. P. 6(b) & he avers, deposes & states:

1. On October 6, 2000, U.S. Magistrate Judge J. Andrew Smyser issued the following order, herein the above-entitled Civil Action:

"AND NOW, this 6th day of October, 2000, IT IS HEREBY ORDERED that within fifteen days of the date of this order defendants Dragovich, Palakovich, Novotney, Kazor and Andrade shall file any relevant evidence they wish concerning the issue of imminent danger and a supplemental brief in support of their motion. Within fifteen days after the filing of the brief and evidence by defendants Dragovich, Palakovich, Novotney, Kazor and Andrade, the Plaintiff shall file any relevant evidence he wishes concerning the issue of imminent danger and a brief in opposition to the motion to revoke his in forma pauperis status." 1/

2. On or about October 23, 2000, Corrections Defendants filed their Supplemental Brief

of Motion to Revoke Plaintiff's In Forma Pauperis Status, and to Defendants' of Responsive Pleading to Plaintiff's Amended Complaint & their Appendix & Supplemental Appendix, herein this case.

3. Due to the facts that plaintiff just completed pleadings in two Civil Rights Actions and has not had time yet to work on his Brief & Relevant Evidence herein this case, that he, on November/20, will be sending his relevant evidence out to be photocopied to his religious advisor and that it will take his religious advisor at least two weeks to copy & return such back to this Plaintiff; that Plaintiff is attempting to get an Attorney to represent him & file his Relevant Evidence & Brief herein this case and due to the fact that this Plaintiff is now at the SMU at SCI-Greene & that the staff here severely limit the number of hours & times this Plaintiff can use the SMU mini Law Library here (once a month for two hours) Plaintiff has been unable to do the necessary legal research in order to enable him to prepare & file his relevant evidence & brief herein this case; the plaintiff is unable to prepare, file & serve his relevant evidence & brief in opposition to Defendants' Motions to Revoke Plaintiff's In Forma Pauperis Status, herein by the present due date for such of November/2000 & thus he requests an enlargement of time of forty-five (45) days from this date & to & including December 15, 2000 in which to prepare, file & serve his relevant Evidence & Brief, herein this case.

RESPECTFULLY SUBMITTED

(S) _John Richard Jae_
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

Dated: 29th OCTOBER 2000:   MR. John Richard Jae,
#BQ-2219
SCI-Greene/SMU
175 Progress Drive

Civil No.: 1:CV-99-0071
## Certificate of Service

I certify under penalty of perjury & pursuant to 28 U.S.C. § that on 10/30/00, I caused to be served upon the persons listed below, a true & correct copy each of the Plaintiff's written objections to the U.S. Magistrate Judge's Report and Recommendation of June 14, 2000, herein, by way of U.S. 1st Class Mail, Postage Prepaid.

I certify under penalty of perjury & pursuant to 28 U.S.C. § 1746, on 10/30/00, I gave to prison officials here for mailing to the Court the original of the above-same document.

Mr. James D. Young, Esquire
Lavery, Faherty, Young & Patterson, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA. 17108-1245

Mr. Robert M. Wolff,
Assistant Counsel
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA. 17011

Dated/Executed On:
30th October 2000
At: Waynesburg, Pennsylvania

(S) _John Richard___
Mr. John Richard Jr.
Plaintiff and Pro Se Counsel