See Attachment



11-3-00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:00-CV-1090** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, MARTIN L. DRAGOVICH, JOHN A. PALAKOVICH, ROBERT N. NOVOTNEY, MICHAEL J. KAZOR, and JOHN ANDRADE | : | |
| Defendants | : | |

**FILED**
HARRISBURG, PA

NOV 0 2 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, this 2nd day of November, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 40) for an enlargement of time to file a reply brief in support of his motion for preliminary injunctive relief is **GRANTED**. The plaintiff may file a reply brief in support of his motion for preliminary injunctive relief on or before November 13, 2000.

J. Andrew Smyser
Magistrate Judge

Dated: November 2, 2000.

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 2, 2000

Re:  1:00-cv-01090    Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    James D. Young, Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
    P. O. Box 12465
    Harrisburg, PA  17108-1245      Fax No.: 717-233-7003

    Robert M. Wolff, Esq.
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA  17011-8028

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )

| | |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | MARY E. D'ANDREA, Clerk |

DATE: __11-2-00__      BY: _____
                         Deputy Clerk