See Attachment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : CIVIL NO. 1:00-CV-1090 |
| Plaintiff | : (Judge Rambo) |
| v. | : (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, et al., | : |
| Defendants | : |

FILED
HARRISBURG, PA

NOV 0 7 2000

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

ORDER

AND NOW, this day of November, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 41) for an enlargement of time to file his supplemental brief in opposition to the motion of defendants Dragovich, Palakovich, Novotney, Kazor and Andrade to revoke his *in forma pauperis* status is **GRANTED**. The plaintiff shall file any relevant evidence he has concerning the issue of imminent danger and a supplemental brief in opposition to the motion to revoke his *in forma pauperis* status on or before December 15, 2000. No further extensions of time will be granted.

J. Andrew Smyser
Magistrate Judge

Dated: November 7, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 7, 2000

Re:   1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA   15370

James D. Young, Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
P. O. Box 12465
Harrisburg, PA  17108-1245      Fax No.: 717-233-7003

Robert M. Wolff, Esq.
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA   17011-8028

```
cc:
Judge                           ( ✓ )
Magistrate Judge                ( ✓ )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
```

|  |  |  | DA of County ( ) | Respondents ( ) |

Bankruptcy Court ( )
Other _____ ( )

MARY E. D'ANDREA, Clerk

DATE: 11/7/00

BY: /STH/
Deputy Clerk