IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

JOHN RICHARD JAE,                    CIVIL No. 1-CV-00-1090

    Plaintiff,                       U.S. District Judge Rambo
                                     Magistrate Judge Smyser
vs.

DR. ROBERT CLARK, et al.,

    Defendants.

FILED
HARRISBURG
NOV 16 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff Pro Se Counsel in the above-entitled civil action John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the laws & legal procedures within the United States, who now files his Motion for Enlargement of Time, pursuant to Fed.R. Civ.P. 6(b) & Who, avers, deposes & states:

1. On or About October 10, 2000, Defendant Dr. Clark filed his Motion to Dismiss Plaintiff's Complaint herein this case, & his Brief & Appendix of Exhibits in support was filed on October 24, 2000, herein.

2. Due to the facts that Plaintiff does not have enough paper to make three copies of his 10 Page Reply Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, as prison officials illegally limit the amount of free paper that plaintiff, as an indigent inmate can receive per month, Plaintiff is unable to file his Reply Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint by the present due date for such, or

November 10, 2000, Plaintiff requests an enlargement of time thirty-five days from this date, to & including December 15, in which to file & serve his Reply Brief In Opposition To Defendant Clark's Motion To Plaintiff's Complaint, herein this case.

3. This Motion is not meant to prejudice the Defendant nor unduly delay the proceedings in this case nor is it believed that such prejudice or undue delay will occur.

(W)HEREFORE, this court should grant this Motion in full, herein this case:

RESPECTFULLY SUBMITTED:

(s) ___John Richard Jae___
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

Date: 10th NOVEMBER 2000:

MR. John Richard Jae,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

2

Joe vs. Clark, et al.
Civil No. 1:CV-00-1090

## CERTIFICATE OF SERVICE

I certify that on 11/10/00, I mailed to the persons listed below, a true & correct copy each of the within Plaintiff's Motion For Enlargement of Time, by way of U.S. First Class Mail, Postage Prepaid:

I certify that on 11/10/00, I gave to Prison Officials here for mailing to this court the original of the above-same document:

I certify under penalty of perjury & pursuant to 28 S:1746, that the above is true & correct:

| | |
|---|---|
| MR. James D. Yang, Esquire | MR. Robert M. Woff, |
| LAVERY, FAHERTY, YANG & PATTERSON, P.C. | Assistant Counsel |
| Attorneys At Law | Pennsylvania Department of Corr. |
| P.O. Box 1245 | 55 Utley Drive |
| Harrisburg, PA. 17108-1245 | Camp Hill, PA. 17011 |

Dated/Executed On:

(S) John Richard Joe
MR. JOHN RICHARD JOE
Plaintiff and Pro Se Counsel

10th NOVEMBER 2000:

At Waynesburg, Pennsylvania:

From The Desk of:
MR. JOHN RICHARD JAE,
#BQ-3519
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA- 15370

November 10, 2000

To: The Office Of The Clerk,
USDC- Middle District
228 Walnut Street
P.O. Box 983
Harrisburg, PA- 17108-0983

Re: Jae vs. Clark, et al.,
Civil No. 1:CV-00-1090

Dear Clerk:

Please file the Enclosed Motion For Enlargement of Time, herein the above-entitled Civil Rights Action.

Sincerely,
(s) John Richard Jae
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

CC: MR. James D. Young, Esq.,
MR. Robert M. Wolff, Esq.,
w/encl.