1) Please File In Case

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

JOHN RICHARD JOE,
    Plaintiff,

vs.

DR. ROBERT CLARK, et al.,
    Defendants

Civil No. 1: CV-00-1090

U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
HARRISBURG
NOV 20 2000
MARY E. D'ANDREA, CLERK
Per Pat
Deputy Clerk

PLAINTIFF'S APPEAL TO THE U.S. DISTRICT COURT
JUDGE FROM THE U.S. MAGISTRATE JUDGE'S ORDER OF
NOVEMBER 7, 2000

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Joe, as a Layman Unlettered in the Laws & Legal Procedures within the United States, & now files Plaintiff's Appeal to the U.S. District Court Judge from the Magistrate Judge's order of November 7, 2000 & whereas:

1. On October 6, 2000, U.S. Magistrate Judge J. Andrew Smyser, issued the following order, herein the above-entitled Civil Action:

"AND NOW, this 6th day of October, 2000, IT IS HEREBY ORDERED that within fifteen days of the date of this order defendants Dragovich, Palakovich, Novotney, Kazor and Andrade shall file any relevant evidence they wish concerning the issue of imminent danger and a supplemental brief in support of their motion. Within fifteen days after the filing of the brief and evidence by defendants Dragovich, Palakovich, Novotney, Kazor and Andrade, the Plaintiff shall file any relevant evidence he wishes concerning the issue of imminent danger and a brief in opposition to the motion to revoke his in forma pauperis status." 1/

_____
1/ See the U.S. Magistrate Judge's order of October 6, 2000, herein this case, at 10-11.

2. On October 23, 2000, Corrections Defendants Dragovich, Palakovich, Novotney, Kazor & Andrade, by counsel, their relevant evidence & supplemental brief herein this case.

3. On or about October 30, 2000, this Plaintiff filed his motion for Enlargement of time, in which to file & serve his relevant evidence & brief in opposition to Defendants' motion to Revoke Plaintiff's In Forma Pauperis and to Defer filing of Responsive Pleading to Plaintiff's Amended Complaint, herein this case.

4. On November 7, 2000, U.S. Magistrate Judge Smyser issued the following order on Plaintiff's above-motion for Enlargement of Time, herein this case;

"AND NOW, this ___ day of November, 2000, it is hereby ORDERED that the Plaintiff's motion (doc. 41) for an enlargement of time to file his supplemental brief in opposition to the motion of defendants Dragovich, Palakovich, Novotney, Kazor and Andrade to revoke his in forma pauperis status IS GRANTED. The Plaintiff shall file any relevant evidence he has concerning the issue of imminent danger and a supplemental brief in opposition to the motion to revoke his in forma pauperis status on or before December 15, 2000. No further extensions of time will be granted."

and this order is dated November 7, 2000.

5. Plaintiff now files his Appeal to the U.S. District Judge from the U.S. Magistrate Judge's November 7, 2000 Order, because such is unfair and unjust, based upon

7. Plaintiff appeals from and specifically objects to the part of the above-referenced U.S. Magistrate Judge's which states/orders, that:

"No further extensions of time will be granted."

have photocopies made of his Brief in opposition to Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And to Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint, nor with which to purchase enough paper and carbon paper to make carbon copies of such brief herein this case.

III. That, Prison Officials here at SCI-Greene do **not** provide any free photocopying of legal documents, **not** even when the Prisoner-Plaintiff is totally financially indigent, as this Prisoner/Plaintiff herein is.

IV. That, in accordance with Pa. Dept. of Corrections Administrative Directive, DC-ADM. #803.VI.C.4, Plaintiff, as an indigent inmate, is entitled to receive more than 100 sheets of paper per month/every 30 days.

V. That, this above-referred to 30 day period, goes from the 1st day of each calendar month until the last day of each calendar month.

VI. The Prison Librarian is the person who gives such free paper to indigent inmates here at SCI-G, however, the Prison Librarian has, in violation of the Prison Policy, illegally refused to give this indigent Prisoner/Plaintiff any more free paper for the month of November, 2000, even though he has "only" received 50 sheets of paper and 5 carbons thus far in November, 2000.

VII. That, Plaintiff's Reply Brief in Opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status is forty (40) pages/Plaintiff needs three (3) copies of such (one copy for counsel, herein, and a copy for himself) for a total of 120 pages/pieces of paper.

VIII. Thus, Plaintiff does "not" have enough p...

present due date for such of December 15, 20[..] and thus he will still need one (1) more enla[rgement] of time of (20) twenty days or until January [..] in order to enable him to receive enough paper to [..] and serve his Brief in Opposition to Corrections Defe[ndants] Motion To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading To Plaintiff[s] Amended Complaint herein this case, but the U.S. Magistrate Judge has unfairly denied him such he[re] by ordering No further extensions of time will be gra[nted].

IX. That, this same U.S. Magistrate Judge "has" an[d] and repeatedly allowed & granted Prison Officials/Defen[dants] and their attorneys more than one enlargement of time at a time when they have requested such in Plaintiff's various Prison Lawsuits before this court and thus here he is showing favoritism to Prison Officials & their attorneys & is discriminating against this Plaintiff, wh[ich] is unfair & unjust.

X. That, by his order of November 7, 2000, herein [the] U.S. Magistrate Judge illegally denies this Plaintiff[s] 1st & 14th Amendments, U.S. Constitutional Rights of ac[cess] to the courts and to due process of the law, given [the] facts that because of & based upon that stated he[rein] above & supra, there is just no way possible that [the] Plaintiff can file his Brief by December 15, 200[0] herein this case.

### CONCLUSION

(W)HEREFORE, Plaintiff John Richard Doe prays that t[his] court/District Judge will reverse the November 7 [2000] order of the U.S. Magistrate Judge herein, and order tha[t] Plaintiff shall be permitted to request one (1) more enlargement o[f] time to file his Brief herein = AND HE SHALL EVER [..] RESPECTFULLY SUBMITTE[D]

Dated = 13th November 2000 -    (S) Mr. John Richard Doe, Pl[aintiff] & his Se Counsel

IPE VS. CLARK, et al.
CIVIL No. 1:CV-00-1090
CERTIFICATE OF SERVICE

I certify under penalty of perjury & pursuant 28 U.S.C. §1746, that on: 11/14/00, I mailed to the persons listed below by first-class mail, postage prepaid, a true & correct copy each of the Plaintiff's Appeal to U.S. District Court/Judge from the U.S. Magistrate Judge's Order of November 7, 2000.

I certify under penalty of perjury & pursuant to 28 §1746, that on: 11/14/00, I gave to prison officials for mailing to this court, the original of the above document.

Mr. James D. Young,
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA-17108-1245

Mr. Robert M. Wolff,
Assistant Counsel
Pennsylvania Department of Corrections
Office of the Chief Counsel
55 Utley Drive
Camp Hill, PA-17001

Dated/Executed on:
14th November 2000
At: Waynesburg, Pennsylvania

(S) _____
MR. JOHN RICHARD
Plaintiff and Pro Se