One Attachment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. **1:00-CV-1090** |
| Plaintiff | : | |
| | : | (Judge Rambo) |
| v. | : | |
| | : | (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, | : | |
| MARTIN L. DRAGOVICH, | : | |
| JOHN A. PALAKOVICH, | : | **FILED** |
| ROBERT N. NOVOTNEY, | : | HARRISBURG, PA |
| MICHAEL J. KAZOR, and | : | |
| JOHN ANDRADE | : | NOV 2 0 2000 |
| | : | |
| | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per _____ /Deputy Clerk |

### ORDER

AND NOW, this 20th day of November, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 44) for an extension of time to file a brief in opposition to defendant Clark's motion to dismiss is **GRANTED**. The plaintiff shall file a brief in opposition to the motion to dismiss on or before December 15, 2000.

_____
J. Andrew Smyser
Magistrate Judge

Dated: November 20, 2000.

AO 72A

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           November 20, 2000
```

Re:  1:00-cv-01090    Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

```
     John Richard Jae
     SCI-GREENE
     #BQ-3219
     175 Progress Drive
     Waynesburg, PA   15370

     James D. Young, Esq.
     LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
     P. O. Box 12465
     Harrisburg, PA   17108-1245      Fax No.: 717-233-7003

     Robert M. Wolff, Esq.
     PA Department of Corrections
     Office of Chief Counsel
     55 Utley Drive
     Camp Hill, PA   17011-8028
```

```
cc:
Judge                           (  )
Magistrate Judge                (  )
U.S. Marshal                    (  )
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  ) with N/C attached to complt. and served by:
                                     U.S. Marshal (  )   Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen (  )
```

Bankruptcy Court         ( )
Other_____  ( )

DA of County  ( )   Respondents ( )

MARY E. D'ANDREA, Clerk

DATE: ___11/20/00___

BY: ___/s/___
Deputy Clerk