ORIGINAL

FILED
HARRISBURG

NOV 2 0 2000

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | |
| Plaintiff | Civil Action No. 1:00-CV-1090 |
| v. | (Chief Judge Rambo) |
| DR. ROBERT CLARK, *et al.*, | (Magistrate Judge Smyser) |
| Defendants | |

**APPENDIX TO CORRECTIONS DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT ON THE GROUND OF MOOTNESS**

Exhibit 1    Pa Dept. of Corrections, Inmate Records System, Add/Delete/Transfers Inquiry for John Jae dated November 17, 2000

Exhibit 2    Pa Dept. of Corrections, Inmate Bed Assignment System, Inmate Cell History for John Jae dated November 17, 2000

Exhibit 3    Pa Dept. of Corrections, Inmate Records System, Personal/ID Data Inquiry for John Jae dated November 17, 2000

Respectfully submitted,

*Robert M. Wolff* (signature)

Robert M. Wolff
Assistant Counsel
Attorney Identification No. 42798
Counsel for Corrections Defendants

Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated:    November 20, 2000

# TAB - 1

```
                        PA DEPT. OF CORRECTIONS      PRODUCTION        YI551BM
                        INMATE RECORDS SYSTEM        DATE: 11/17/2000
                       ADD/DELETE/TRANSFERS INQUIRY  TIME: 14:55
===============================================================================
Current Number BQ3219 Name: JAE JOHN R
                   Inmate  Move
Time    Date       Number  Code Loc  Sentence Status       Parole Status
----  ----------   ------  ---- ---  --------------------  ---------------------
1116  10/24/2000   BQ3219  TRN  GRN  ACTIVELY SERVING      NOT APPLICABLE
0727  10/24/2000   BQ3219  TRN  BUS  ACTIVELY SERVING      NOT APPLICABLE
1302  07/18/2000   BQ3219  RTT  CAM  ACTIVELY SERVING      NOT APPLICABLE
1143  07/18/2000   BQ3219  RTT  BUS  ACTIVELY SERVING      NOT APPLICABLE
1546  06/23/2000   BQ3219  STT  WAM  ACTIVELY SERVING      NOT APPLICABLE
0730  06/23/2000   BQ3219  STT  BUS  ACTIVELY SERVING      NOT APPLICABLE
1715  06/20/2000   BQ3219  SC   CAM  ACTIVELY SERVING      NOT APPLICABLE
1205  06/20/2000   BQ3219  SC   FHB  WRIT/ATA              NOT APPLICABLE
1320  06/19/2000   BQ3219  RTT  CAM  ACTIVELY SERVING      NOT APPLICABLE
1005  06/19/2000   BQ3219  RTT  BUS  ACTIVELY SERVING      NOT APPLICABLE
1050  06/06/2000   BQ3219  STT  WAM  ACTIVELY SERVING      NOT APPLICABLE
0750  06/06/2000   BQ3219  STT  BUS  ACTIVELY SERVING      NOT APPLICABLE
1604  10/14/1998   BQ3219  TRN  CAM  ACTIVELY SERVING      NOT APPLICABLE

ENTER NXT SCRN, F1 LOGOFF, F2 SYS MAST MENU, F3 IRS MAST MENU, F4 IRS INQ MENU
```

# TAB - 2

```
USER ID: U484275              PA DEPT. OF CORRECTIONS        PRODUCTION    GI501BM
TERM ID: 35F9                 INMATE BED ASSIGNMENT SYSTEM                 DATE: 11/17/2000
SESSION: 1                         INMATE CELL HISTORY                     TIME: 14:53
===============================================================================
DCN: BQ3219    NAME: JAE, JOHN R
RACE: W   SEX: M   SID: 1344018 2       PHILA PHOTO:              SSN1: 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
DOB:  1/31/1960   PBPP:                 PITTS PHOTO:              SSN2:
-------------------------------------------------------------------------------
```

| LOC | BLDG | SECT | CELL DORM | BED NUM | HOUS STAT | SEC LVL | CUST LVL | DATE IN | DATE OUT |
|---|---|---|---|---|---|---|---|---|---|
| CAM | C1 | 01 | BUS | | | | 4 | 7/18/2000 | 7/18/2000 |
| CAM | | | HOLD | | | | | 7/18/2000 | 7/18/2000 |
| CAM | D | B | 1003 | 1 | RHU | 5 | 5 | 7/18/2000 | 8/24/2000 |
| CAM | D | B | 1006 | 1 | RHU | 5 | 5 | 8/24/2000 | 9/28/2000 |
| CAM | D | A | 1029 | 1 | RHU | 5 | 5 | 9/28/2000 | 10/24/2000 |
| CAM | C1 | 01 | BUS | | | | 4 | 10/24/2000 | 10/24/2000 |
| GRN | | | HOLD | | | | | 10/24/2000 | 10/24/2000 |
| GRN | H | B | 1001 | 1 | SMU | 5 | 4 | 10/24/2000 | 10/28/2000 |
| GRN | H | B | 1011 | 1 | SMU | 5 | 4 | 10/28/2000 | 11/01/2000 |
| GRN | H | B | 1002 | 1 | SMU | 5 | 4 | 11/01/2000 | 11/13/2000 |

```
===============================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```

```
USER ID: U484275           PA DEPT. OF CORRECTIONS        PRODUCTION      GI501BM
TERM ID: 35F9           INMATE BED ASSIGNMENT SYSTEM         DATE: 11/17/2000
SESSION: 1                  INMATE CELL HISTORY              TIME: 14:54
================================================================================
DCN: BQ3219    NAME: JAE, JOHN R
RACE: W  SEX: M   SID: 1344018 2      PHILA PHOTO:           SSN1: 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
DOB: 1/31/1960  PBPP:                 PITTS PHOTO:           SSN2:
--------------------------------------------------------------------------------
                        CELL    BED   HOUS   SEC   CUST
LOC    BLDG    SECT     DORM    NUM   STAT   LVL   LVL    DATE IN      DATE OUT
---    ----    ----     ----    ---   ----   ---   ----   ----------   ----------
GRN    H       B        1004    1     SMU    5     4      11/13/2000   CURRENT




================================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
END OF THIS INMATES HISTORY
```

# TAB - 3

```
                    PA DEPT. OF CORRECTIONS      PRODUCTION      YI601BM
                      INMATE RECORDS SYSTEM                 DATE: 11/20/2000
                 PERSONAL/ID DATA INQUIRY - SCREEN 1        TIME: 13:26
===============================================================================
Inmate Number: BQ3219 Name: JAE JOHN R

        Previous Inmate Number:       0           State ID Number: 1344018 2
Continued From Inmate Number:                        Parole Number:
                                                 Philadelphia Photo#:
                   Race: WHITE                     Pittsburgh Photo#:
                    Sex: MALE                            FBI Number:
          Date Of Birth: 1/31/1960        Social Security Number - 1: 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
         Marital Status: SINGLE           Social Security Number - 2:
               Religion: PROTESTANT                Additional SSN'S: NO
        Ethnic Identity: UNKNOWN
            Citizenship: UNITED STATES OF AMERICA

     Permanent Location: GREENE
     Temporary Location:
     In Transit Location:
  Boot Camp Eligibility: UNKNOWN
  Mandatory Sentence(s): UNKNOWN
ENTER TO SCRN 2, F1 LOGOFF, F2 SYS MAST MENU, F3 IRS MAST MENU, F4 IRS INQ MENU
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : |
| Plaintiff | : Civil Action No. 1:00-CV-1090 |
| v. | : (Chief Judge Rambo) |
| DR. ROBERT CLARK, *et al.*, | : (Magistrate Judge Smyser) |
| **Defendants** | : |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing APPENDIX TO CORRECTIONS DEFENDANTS' MOTION TO DISMISSS PLAINTIFF'S AMENDED COMPLAINT ON THE GROUND OF MOOTNESS, upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

John Richard Jae, BQ-3219
SCI – Greene
175 Progress Drive
Waynesburg, PA  15370

James D. Young, Esquire
Lavery, Faherty, Young & Patterson
P.O. Box 1245
Harrisburg, PA 17108-1245
Counsel for Dr. Clark

Robert M. Wolff
Assistant Counsel
Attorney I.D. No. 42798

Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, Pa  17011
(717) 731-0444

Dated:   November 20, 2000