See Attachment

52
12-1-00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : CIVIL NO. 1:00-CV-1090 |
| Plaintiff | : (Judge Rambo) |
| v. | : (Magistrate Judge Smyser) |
| DR. ROBERT CLARK, MARTIN L. DRAGOVICH, JOHN A. PALAKOVICH, ROBERT N. NOVOTNEY, MICHAEL J. KAZOR, and JOHN ANDRADE | : |
| Defendants | : |

**FILED**
HARRISBURG, PA
NOV 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

On October 30, 2000, the plaintiff filed a motion entitled "Motion for Order Allowing Plaintiff to Review and Copy his Prison Psychiatric/Mental Health Records" and a brief in support of that motion. The plaintiff is seeking an order compelling the defendants to provide him with copies of his mental health records. We construe the plaintiff's motion as a motion to compel discovery.

Local Rule 5.4(c) provides that "[i]f relief is sought under any of the Federal Rules of Civil Procedure, copies of

the discovery matters in dispute shall be filed with the court contemporaneously with any motion filed under these rules by the party seeking to invoke the court's relief."

The plaintiff has not attached to his motion a copy of any discovery request to the defendants for his mental health records or any response thereto by the defendants. It appears from the plaintiff's motion that he has not served a discovery request under the Federal Rules of Civil Procedure for copies of his mental health records. The court will not grant a motion to compel without there first being a discovery request served. We will deny the plaintiff's motion to compel.

On November 20, 2000, the corrections defendants filed a motion entitled "Corrections Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Order Allowing Plaintiff to Review and Copy his Prison Psychiatric/Mental Health Records." The defendants are seeking an order that they are not required to respond to the plaintiff's motion for his mental health records until after

2

AO 72A

their motion to dismiss is decided by the court.  Since we will deny the plaintiff's motion to compel, we will deny as moot the defendants' motion for an enlargement of time to respond to that motion.

AND NOW, this 29th day of November, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 39) to compel is **DENIED** and that the correction defendants' motion (doc. 48) for an enlargement of time is **DENIED AS MOOT**.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: November 29, 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

November 30, 2000

Re:  1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    James D. Young, Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
    P. O. Box 12465
    Harrisburg, PA  17108-1245     Fax No.: 717-233-7003

    Robert M. Wolff, Esq.
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA  17011-8028

```
cc:
Judge                            ( )
Magistrate Judge                 (/)
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )   with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )   with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )    PA Atty Gen ( )
```

```
Bankruptcy Court          ( )        DA of County   ( )   Respondents ( )
Other_____  ( )
                                           MARY E. D'ANDREA, Clerk

DATE:  11/30/06                      BY: _____
                                           Deputy Clerk
```