"Please file/read" IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE                    CIVIL:1:CV-00-10
        Plaintiff,

                        FILED
                HARRISBURG, PA  U.S. DISTRICT Judge
VS.
                DEC 04 2000  Magistrate Judge Smys

                MARY E. D'ANDREA, CLERK
                Per _____ Deputy Clerk
DR. ROBERT CLARK, et al.,
        Defendants.


PLAINTIFF'S BRIEF IN OPPOSITION TO
CORRECTIONS DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT ON THE GROUND
OF MOOTNESS

    COMES NOW, the PLAINTIFF Pro Se Counsel in the above entitled
Civil Action John Richard Jae, as a Layman Unlettered in the
Sciences of the Law & Legal Procedures within the United S[tates]
& now files his PLAINTIFF'S BRIEF In Opposition to Correc[tions]
Defendants' Motion to ~~Dismiss~~ Plaintiff's Amended
Complaint on The Ground of Mootness, herein, & who aver &
deposes & states:-


    On or About November 20, 2000, Correction[s]
Defendants, by Counsel, Filed their Motion To
DISMISS Plaintiff's Amended Complaint On The Ground
of Mootness, herein this above-entitled Civil Act[ion]


    Plaintiff now files his Plaintiff's Brief In
Opposition to Corrections Defendants' Motion To Dism[iss]
Plaintiff's Amended Complaint On The Ground of
Mootness, herein this Case-

Plaintiff admits paragraph No's 1 &
& 4 - 8 of Corrections Defendants' Motion to
Dismiss Plaintiff's Amended Complaint on the
Ground of Mootness.

However, Plaintiff denies/disputes Paragraph
No's 3 & 9 - 13, of Corrections Defendants'
Motion to Dismiss Plaintiff's Amended Complaint
on the Ground of Mootness.

Plaintiff furthermore avers & submits that
Paragraph No's 3 & 9-13, of Corrections Defendants'
Motion to Dismiss Plaintiff's Amended Complaint on
The Ground of Mootness, "are" untrue, specious,
factually and/or legally frivolous & contrary to the
controlling federal law, based upon the following.

While it is true that plaintiff brought this suit
to prevent his transfer to the SMU by the corrections
Defendants such is not the only reason that
Plaintiff filed his Amended Complaint/brought this
suit against the Corrections Defendants, herein,
but also because the Corrections Defendants also
have illegally found & then upheld such findings/appeal
that plaintiff was guilty of prison misconduct reports
which were caused by and a part and a direct result
of Plaintiff's serious mental health illness/needs
and for their placing & leaving this Plaintiff who has a
significant history of serious mental health illness/disease in

rendering 42 U.S.C. §1983 an ineffectual
nullity and a mirage, thereby creating a
dangerous precedent; (2) that, to the extent
plaintiff is raising any damage claims ag
the Corrections Defendants, these claims a
"not" barred by 42 U.S.C. §1997e(e); and (3
thus, this plaintiff still does have viable
claims against the Corrections Defendants he
this case, that are "not" mooted by his perman
transfer to the SMU at SCI-Greene.

(W) HEREFORE, Plaintiff John Richard J
based upon the above & foregoing facts
& arguments, herein, supra, that this Cour
will enter an order, denying Corrections
Defendants' Motion To Dismiss Plaintiff
Amended Complaint on the Ground Of Mootne
herein this case:

AND HE SHALL EVER PRAY
RESPECTFULLY SUBMITTED
(s) John Richard Jae
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counse
Mr. John Richard Jae,
Dated: 30th November 2000 #BQ-3219
SCI-Waymart
175 Progress Drive
Waynesburg, PA-15370