"Please file in case"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,  : CIVIL No. CV-00-109
Plaintiff,  :
 : 12/7/00  (55)
 : U.S. District Judge Ra___
vs.  :
 : FILED  Magistrate Judge Smy___
 : HARRISBURG
DR. ROBERT CLARK, et al.,  : DEC 0 6 2000
Defendants.  : MARY E. D'ANDREA, CLERK
 : Per _____
 : DEPUTY CLERK

PLAINTIFF'S APPEAL TO THE U.S. DISTRICT JUDGE
FROM THE U.S. MAGISTRATE JUDGE'S ORDER OF 11-30-00

Plaintiff John Richard Jae, a layman unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States, now files Plaintiff's Appeal to the U.S. District Judge from the U.S. Magistrate Judge's order of 11-30-00, pursuant to Fed.R.Civ.P. Rule 72(a) & M.D.L.R. 72.2, & here, & depo___ states:

Plaintiff John Richard Jae now hereby appeals from & specifically objects to the portion of the U.S. Magistrate Judge's order of 11-30-00, as follows:

"We construe the plaintiff's motion as a motion to compel discovery." 1/

Plaintiff appeals from & specifically objects to such because there is no federal law and/or Local Rule of this Court which permits the U.S. Magistrate to sua sponte construe Plaintiff's Motion for Order Allowing Plaintiff to Review & Copy his Prison Psychiatric/Mental Health Records as a motion to compel discovery, & had this U.S. Magistrate Judge not done so he never would have been able to deny Plaintiff's Motion the way he did, & thus, the U.S. Magistrate Judge's 11-30-00 order, here, is clearly erroneous & contrary to federal law & "must" be reversed by the Court.

Plaintiff furthermore appeals from & specifically objects to the portion of the U.S. Magistrate Judge's 11-30-00 order, which states:

1/ See U.S. Magistrate Judge's 11-30-00 order @ p.1.