IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, <br> Plaintiff, <br><br> vs. <br><br> DR. ROBERT CLARK, et al., <br> Defendants. | Civil Action No. 1:CV-00-1090 <br> 12/15/00 <br> U.S. District Judge Rambo <br> Magistrate Judge Smyser <br><br> **FILED** <br> **HARRISBURG** <br><br> DEC 14 2000 <br><br> MARY E. D'ANDREA, CLERK <br> Per_____ <br> DEPUTY CLERK |

MOTION FOR LEAVE TO FILE PLAINTIFF'S BRIEF IN
OPPOSITION TO CORRECTIONS DEFENDANTS' MOTION TO
REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS AND
TO DEFER FILING OF RESPONSIVE PLEADING TO PLAINTIFF'S
AMENDED COMPLAINT WHICH EXCEEDS FIFTEEN
(15) PAGE LIMIT AND BRIEF IN SUPPORT

COMES NOW, the Plaintiff and Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a layman unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States, now files his Motion For Leave To File Plaintiff's Brief In Opposition To Corrections Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing Of Responsive Pleading To Plaintiff's Amended Complaint Which Exceeds Fifteen (15) Page Limit And Brief In Support, herein, & who, avers, deposes & states:

I. The Motion

1. For & based upon the reasons & arguments set-forth herein, in-fra, Plaintiff John Richard Jae moves this court, pursuant to M.D. LR 7.8, for an order granting him leave to file his Brief In Opposition To Corrections Defendants' Motion To Revoke Plaintiff's

1

In Forma Pauperis Status And To Defer Filing of Responsive Pleading To Plaintiff's Amended Complaint which exceeds Fifteen (15) Page Limit, herein this Civil Action.

## II. Brief In Support

Plaintiff avers & submits, that M.D. LR 7.8 reads that: "No brief exceeding fifteen (15) pages shall be filed without prior authorization. Any motion for such authorization shall specify the length of brief requested and shall be filed at least two (2) working days before the brief is due."

Pursuant to M.D. LR 7.8, Plaintiff avers & submits that he requests authorization to file a brief which is thirty (30) pages in length, herein this case.

This Court and the parties will benefit from a more extensive argument than can be accomplished in just fifteen (15) pages.

This Court has allowed this Plaintiff to file briefs longer than fifteen (15) pages in his other Civil Rights Actions/cases pending before this Court & should likewise do so herein this here case.

The interests of justice & fundamental fairness will best be served by allowing this Plaintiff to file a brief, herein this case, which is thirty (30) pages in length

2

Plaintiff has enough paper & will not need another enlargement of time to file this long Brief, herein:

(W)HEREFORE, Plaintiff John Richard Jae, prays that this court will enter an order granting him leave to file his Brief in Opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And to Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint, herein this case which is thirty (30) pages in length:

AND HE SHALL EVER PRAY
RESPECTFULLY SUBMITTED;

(S) _____John Richard Jae_____
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

Dated: 11th DECEMBER 2000.

MR. John Richard Jae,
# BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

3

Doe vs. Clark, et al.,
Civil No. 1:CV-00-1090

### CERTIFICATE OF SERVICE

I, John Richard Doe, hereby certify that I am this 11th day of December, 2000, serving a true & correct carbon copy of the Plaintiff's Motion for ~~[struck through]~~ Leave to File Plaintiff's Brief In Opposition To Corrections Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading To Plaintiff's Amended Complaint which Exceeds Fifteen (15) Page Limit And Brief In Support by 1st Class Mail, Postage Pre-Paid & addressed to:

Mr. James D. Young, Esquire
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA. 17108-1245

Mr. Robert M. Wolff,
Asst. Counsel
Pa. Dept. of Corrections
Off. of Chief Counsel
55 Utley Dr.
Camp Hill, PA. 17011

Dated/Executed on:
11th December 2000
At: Waynesburg, Pennsylvania

(S) _John Richard Doe_
Mr. John Richard Doe
Plaintiff & Pro Se Counsel