# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>    **Plaintiff**<br><br>v.<br><br>DR. ROBERT CLARK,<br>MARTIN L. DRAGOVICH,<br>JOHN A. PALAKOVICH,<br>ROBERT N. NOVOTNEY,<br>MICHAEL J. KAZOR, and<br>JOHN ANDRADE,<br>    **Defendants** | CIVIL NO. 1:CV-00-1090<br><br>FILED<br>HARRISBURG, PA<br><br>DEC 1 8 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## ORDER

Before the court is Plaintiff's appeal from the November 30, 2000 order of the magistrate judge. Upon consideration thereof, **IT IS HEREBY ORDERED THAT** Plaintiff's appeal (doc. 55) is denied and the November 30, 2000 order of the magistrate judge is **AFFIRMED**.

                                                           _/s/ Sylvia H. Rambo_
                                                         SYLVIA H. RAMBO
                                                         United States District Judge

Dated: December _18_, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2000

Re:   1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk
to the following:

    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA   15370

    James D. Young, Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
    P. O. Box 12465
    Harrisburg, PA   17108-1245    Fax No.: 717-233-7003

    Robert M. Wolff, Esq.
    PA Department of Corrections
    Office of Chief Counsel
    55 Utley Drive
    Camp Hill, PA   17011-8028

```
cc:
Judge                             (X )  Rambo
Magistrate Judge                  (X )  MJ Smyser
U.S. Marshal                      (  )
Probation                         (  )
U.S. Attorney                     (  )
Atty. for Deft.                   (  )
Defendant                         (  )
Warden                            (  )
Bureau of Prisons                 (  )
Ct Reporter                       (  )
Ctroom Deputy                     (  )
Orig-Security                     (  )
Federal Public Defender           (  )
Summons Issued                    (  )  with N/C attached to complt. and served by:
                                        U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5               (  )
Order to Show Cause               (  )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   (  )   PA Atty Gen (  )
```

```
Bankruptcy Court        ( )         DA of County ( )    Respondents ( )
Other_____( )
                                                   MARY E. D'ANDREA, Clerk

    DATE: December 18th, 2000                   BY: _____
                                                        Deputy Clerk
```