59

12-19-00
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN RICHARD JAE,**

**Plaintiff**

**v.**

**DR. ROBERT CLARK, MARTIN L. DRAGOVICH, JOHN A. PALAKOVICH, ROBERT N. NOVOTNEY, MICHAEL J. KAZOR, and JOHN ANDRADE,**

**Defendants**

**CIVIL NO. 1:CV-00-1090**

FILED
HARRISBURG, PA
DEC 18 2000
MARY E. D'ANDREA, CLERK
Per MA
Deputy Clerk

**ORDER**

Before the court are two motions filed by Plaintiff. The first is entitled, "Plaintiff's Second Motion For Enlargement of Time Inter Alia Motion For Exception to This Court's Order of November 7, 2000" (doc. 56). The second motion is entitled, "Motion for leave to file Plaintiff's Brief in Opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status and to Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint Which Exceeds Fifteen Page Limit and Brief in Support" (doc. 57). The court gleans from the motions that Plaintiff once again is requesting an extension of time to file a brief in opposition to Defendants' motion to revoke his in forma pauperis status, and is requesting an extension of the page limitation for that response.

Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff's motion for an extension of time is granted and Plaintiff's response to Defendants' motion shall be filed no later than January 2, 2001. No further extensions will be granted.

2) Plaintiff's motion for an extension of the page limitation is granted in part. Plaintiff may file a responsive brief not to exceed 20 pages in length.

SYLVIA H. RAMBO
United States District Judge

Dated: December 18, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2000

Re: 1:00-cv-01090 Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA 15370

James D. Young, Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
P. O. Box 12465
Harrisburg, PA 17108-1245 Fax No.: 717-233-7003

Robert M. Wolff, Esq.
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011-8028

cc:

| | | |
|---|---|---|
| Judge | (X ) | Rambo |
| Magistrate Judge | (X ) | MJ Smyser |
| U.S. Marshal | ( ) | |
| Probation | ( ) | |
| U.S. Attorney | ( ) | |
| Atty. for Deft. | ( ) | |
| Defendant | ( ) | |
| Warden | ( ) | |
| Bureau of Prisons | ( ) | |
| Ct Reporter | ( ) | |
| Ctroom Deputy | ( ) | |
| Orig-Security | ( ) | |
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( ) Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( ) PA Atty Gen ( ) |


DA of County ( ) Respondents ( )

Bankruptcy Court ( )
Other______________________ ( )

MARY E. D'ANDREA, Clerk

DATE: December 18th, 2000

BY: ______________________
Deputy Clerk