IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>**Plaintiff**<br>v.<br>DR. ROBERT CLARK,<br>MARTIN L. DRAGOVICH,<br>JOHN A. PALAKOVICH,<br>ROBERT N. NOVOTNEY,<br>MICHAEL J. KAZOR, and<br>JOHN ANDRADE,<br>**Defendants** | CIVIL NO. 1:CV-00-1090<br><br>FILED<br>HARRISBURG, PA<br><br>DEC 1 8 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

## ORDER

Before the court is a November 16, 2000, report and recommendation of the magistrate judge to which no objections have been filed. Upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the November 16, 2000, report and recommendation of Magistrate Judge Smyser.

2) Plaintiff's motion for preliminary injunctive relief (doc. 10) is denied.

3) This matter is remanded to Magistrate Judge Smyser.

SYLVIA H. RAMBO
United States District Judge

Dated: December 18, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2000

Re:   1:00-cv-01090    Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA   15370

James D. Young, Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
P. O. Box 12465
Harrisburg, PA   17108-1245      Fax No.: 717-233-7003

Robert M. Wolff, Esq.
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA   17011-8028

```
cc:
Judge                          (X )  Rambo
Magistrate Judge               (X )  MJ Smyser
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  )  with N/C attached to complt. and served by:
                                     U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )    PA Atty Gen (  )
```

DA of County ( ) Respondents ( )

Bankruptcy Court ( )
Other__________________( )

MARY E. D'ANDREA, Clerk

DATE: December 18th, 2000

BY: ______________________
Deputy Clerk