IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
       Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT W. NOVOTNEY,
MICHAEL J. KAZOR, and
JOHN ANDRADE

CIVIL No. 1:CV-00-1090

U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
JAN 9 – 2001
PER HARRISBURG, PA / DEPUTY CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled civil action, John Richard Jae, as a layman unlettered in the knowledge of the laws & legal procedures with the United States, pursuant to 28 U.S.C. § 1915(e)(1) & now files his Motion For Appointment of Counsel, & who, avers, deposes & states:

1. The Plaintiff is unable to afford counsel.

2. The issues involved in this case are complex, but meritorious.

3. The Plaintiff, as a Special Unit Inmate, has extremely limited access to the SMU mini law library & the legal materials contained there are extremely limited.

4. The Plaintiff has a limited knowledge of the law, especially pertaining a showing of imminent danger of serious physical injury.

5. Plaintiff requests that this court request Attorney Angus R. Love, Executive Director of the Pennsylvania Institutional Law Project to represent this Plaintiff as Mr. Love is familiar with him & this case.

RESPECTFULLY SUBMITTED,
(S) John Richard Jae
MR. John Richard Jae
#BQ-3219
SCI-Greene SMU
175 Progress Drive
Waynesburg, PA 15370

Dated: 31st December 2000