IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT N. NOVOTNEY,
MICHAEL J. KAZOR, and
JOHN ANDRADE
    Defendants.

Civil No. 1-CV-00-1090

Judge Rambo
Magistrate Judge Smyser

FILED
JAN 9 - 2001
PER _____
HARRISBURG, PA    DEPUTY CLERK

## MOTION REQUESTING COURT APPOINTMENT OF A MENTAL HEALTH EXPERT, INTER ALIA MOTION FOR STAY

COMES NOW, the Plaintiff and Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman unlettered in the Arts & Sciences of all Legal Procedures within the United States & pursuant to Fed.R.Evid. 706, now files his Motion Requesting Court Appointment of A Mental Health Expert, herein this Case:

This Motion is based upon the accompanying Brief in Support and upon the Papers & Files, herein this above-entitled Civil Action:

(2)

Dated: 31st DECEMBER 2000:

RESPECTFULLY SUBMITTED:
    John Richard Jae
MR. JOHN RICHARD JAE,
#BR-5219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA 15370