IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JOE,
  Plaintiff,

vs.

DR. ROBERT CLARK,
MARTIN L. DRAGOVICH,
JOHN A. PALAKOVICH,
ROBERT N. NOVOTNEY,
MICHAEL J. KAZOR and
JOHN ANDRADE,
  Defendants.

Civil No. 1-CV-00-1090

U.S. District Judge Rambo
Magistrate Judge Smyser

ORIGINAL

FILED
HARRISBURG, PA
JAN 29 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR RECONSIDERATION OF JANUARY 9, 2001, ORDER AND BRIEF IN SUPPORT

COMES NOW, the Plaintiff and Pro Se Counsel in the above-entitled Civil action, John Richard Joe, as a layman unlettered in the Arts & Sciences of the Law & Legal Procedures within the United States, & now files his Motion for Reconsideration of January 9, 2001, Order and Brief in Support hereof, and who avers, deposes & states:

1. That he is moving this Court to reconsider its January 9, 2001, Order revoking Plaintiff's In Forma Pauperis herein this case, pursuant to Fed. R. Civ. P., Rule 60, for the reasons & grounds as is stated below & infra, herein, in his Brief in Support, as follows:

### BRIEF IN SUPPORT

On or about June 5, 2000, Plaintiff filed his 42 U.S.C. §1983 Civil Rights Complaint along with his Application for Leave to Proceed In Forma Pauperis herein this case.

On June 21, 2000, this Court granted Plaintiff leave to proceed In Forma Pauperis herein this case.

On or about August 3, 2000, Plaintiff John Richard Joe filed his Amended Complaint herein this case, adding Martin L. Dragovich, John A. Palakovich, Robert N. Novotney, Michael J. Kazor and John Andrade, as Party Defendants to this...

On or about September 8, 2000, Defendants Dragovich, Palakovich, Novotney, Kazor and Andrade filed their Motion to Revoke Plaintiff's In Forma Pauperis Status and to Defer Filing of Responsive Pleading to Plaintiff's...

On or about October 23, 2000, Corrections Defendants Dragovich, Palakovich, Novotney, Kazor and Andrade, filed their Supplemental Brief In Support of Motion to Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint along with their Supplemental Appendix and Appendix to Corrections Defendants' Supplemental Brief In Support of Motion to Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint herein this case.

On January 2, 2001, Plaintiff turned into Prison Officials at the State Correctional Institution At Greene (SCI), for mailing to this Court, his Pro Se Plaintiff's Brief In Opposition To Corrections Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading To Plaintiff's Amended Complaint and Plaintiff's Exhibits to Brief In Opposition to Corrections Defendants' To Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint, herein this case.

On January 9, 2001, U.S. Magistrate Judge J. Andrew Smyser of the Court, entered an order, granting Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading, vacating its order of June 21, 2000 granting Plaintiff leave to proceed In Forma Pauperis in this case and revoking Plaintiff's In Forma Pauperis status, herein this case, and ordering the Plaintiff to pay the full $150.00 filing fee up front all at once or, he recomend that this action be dismissed for failure to pay the filing fee.

In his order of January 9, 2001, the U.S. Magistrate Judge, stated that despite being granted two extensions of time, the Plaintiff failed to file any Brief In Opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And To Defer Filing of Responsive Pleading to Plaintiff's Amended Complaint, however, as

Brief and Relevant Evidence In Opposition To Corrections Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Status To Defer Filing of Responsive Pleading To Plaintiff's Amended Complaint this case on January 2, 2001, and if the U.S. Magistrate J had not been in such a hurry to violate the law and grant Corrections Defendants' Motion To Revoke Plaintiff's In Forma P Status And To Defer Filing of Responsive Pleading To Plaintiff's Amended Com then he would have received such Plaintiff's Brief & Relevant Ev herein this case.

Plaintiff does "not" know why prison officials delayed m Plaintiff's Brief and Exhibits To Brief In Opposition To Corre Defendants' Motion To Revoke Plaintiff's In Forma Pauperis Stat To Defer Filing of Responsive Pleading To Plaintiff's Amended Complaint informed them in writing that such needed to be mailed out rig as such was due, when he turned such into them for mailing; delay was caused by prison officials and was beyond this P control and he should "not" be held accountable & penalized for

Plaintiff avers & submits, that, once he turns in o to prison officials for mailing to the Court, such pleading is filed at that very moment. See Houston v. Lack, 1/

Finally, Plaintiff avers & submits, that, based upon the foregoing herein, as well as that stated, argued & s therein his Brief In Opposition To Corrections Defendants' M Revoke Plaintiff's In Forma Pauperis Status And To Defer Responsive Pleading To Plaintiff's Amended Complaint, which Plain hereby incorporates herein by reference hereunto the sam Court's January 9, 2001, Order, "was" premature, and by law must reconsider such January 9, 2001, Order herein this

1/ This Plaintiff does not know not have the citations Houston v. Lack case, but this Court should be fam

(W)HEREFORE, based upon the foregoing, Plaintiff, John Richard Jae, prays that this Court will reconsider its January 9, 2001 and upon such reconsideration vacate such order and review plaintiff's Brief in Opposition to Corrections Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status And to Defer filing a Responsive Pleading to Plaintiff's Amended Complaint and Related Evidence, herein this case:

AND HE SHALL EVER PRAY
RESPECTFULLY SUBMITTED:

(S) ___John Richard Jae___
MR. JOHN RICHARD JAE,
#BQ-3219
SCI-Pittsburgh
P.O. Box 99901
Pittsburgh, PA. 15233-0901
Plaintiff and Prose Counsel

Dated: 24th JANUARY 2001:

JAE vs. CLARK, et al.,
CIVIL No.: 1:CV-00-1090
**CERTIFICATE OF SERVICE**

I certify under penalty of perjury & pursuant to 28 USC §1746, that on 1/24/01 I mailed by U.S. 1st class mail, postage prepaid to the persons listed below, a true & correct carbon copy of the within Motion for Reconsideration of January 9, 2009, order and Brief in support.

I certify under penalty of perjury & pursuant to 28 U.S.C. §1746, that on 1/24/01, I gave to Prison Officials here, the original of the above-same document, for mailing to this Court.

MR. James D. Young, Esquire
LAVERY, FAHERTY, YOUNG and PATTERSON, P.C.
Attorneys At Law
P.O. Box 1245
Harrisburg, PA. 17108-1245

MR. Robert M. Wolff,
Assistant Counsel
Office of the Chief Counsel of the
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA. 17011

Date/Executed on:
24th January 2001:
At: Pittsburgh, Pennsylvania:

(S) _____
MR. JOHN RICHARD JAE
Plaintiff and Pro Se Counsel