From The Desk Of:
Mr. John Richard Doe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA- 15370-8089

February 25, 2001

FILED
HARRISBURG
MAR 01 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

To: The Office Of The Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA- 17108-0983

Re: Doe vs. Kyler, et al.,
Civil No.- 1:CV-00-0315

Re: Doe vs. Clark, et al.,
Civil No.- 1:CV-00-1090

Re: Doe vs. Wexford Health Services, Inc.,
Civil No.- 1:CV-00-1554

Re: Doe vs. Damovich, et al.,
Civil No.- 1:CV-00-2123
and:

Re: Doe vs. Corrections Officer Lester,
Civil No.- 1:CV-01-0041

Dear Clerk:
Please be advised that effective imm[ediately]
the Plaintiff's address of record in each of the ab[ove]
captioned Civil cases is changed back to: Mr. [John]
Richard Doe, #BQ-3219, SCI-Greene/SMU, 175 Progres[s Drive]
Waynesburg, PA- 15370-8089.

Sincerely,

Mr. John Richard Doe
Plaintiff and so on

CC: Mr. James D. Young, Esq. (s)
    Mr. Robert M. White, Esq.