IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | CIVIL NO. 1:CV-00-1090 |
| Plaintiff | : | |
| v. | : | |
| DR. ROBERT CLARK, | : | FILED |
| MARTIN L. DRAGOVICH, | : | HARRISBURG, PA |
| JOHN A. PALAKOVICH, | : | |
| ROBERT N. NOVOTNEY, | : | MAR 0 6 2001 |
| MICHAEL J. KAZOR, and | : | |
| JOHN ANDRADE, | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per _____ Deputy Clerk |

## ORDER

On February 28, 2001, this court issued an order adopting the report and recommendation of the magistrate judge and dismissing the captioned action. On March 2, 2001, the court received from the Clerk of Court's office Plaintiff's objections to the February 2, 2001 report of the magistrate judge. Those objections were received and file stamped February 28, 2001. Objections were due no later than February 20, 2001. In light of, Plaintiff's status as a prisoner, the objections will be deemed timely filed.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) This court's order of February 28, 2001 is vacated.

2) The Clerk of Court shall reopen the captioned action pending further order of court.

      3) Defendants may respond to Plaintiff's objections no later than March 16, 2001.

      4) No reply brief is permitted.

                                          /s/ SYLVIA H. RAMBO
                                          United States District Judge

Dated: March 6, 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 6, 2001

Re:  1:00-cv-01090   Jae v. Clark

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA  17108-1245

Robert M. Wolff, Esq.
PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011-8028

cc:
| | | | |
|---|---|---|---|
| Judge | (X) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | (X) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail | |

```
                             to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                  DA of County  ( )   Respondents  ( )
Bankruptcy Court        ( )
Other_____( )
                                              MARY E. D'ANDREA, Clerk


    DATE: March 6th, 2001                BY: /s/ signature
                                              Deputy Clerk
```