OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle PA (Harrisburg)_   Clerk of District Court          Date_____6/28/02_____
(District)

_Jae v. Clark_____          C. of A. No. ___01-1803___
(Caption)

_John Richard Jae_____
(Appellant)

**RECEIVED**
JUL 02 2002
PER _____ DEPUTY CLERK
HARRISBURG, PA.

_Civil No. 00-cv-01090 (SHR)_____
(D.C. No.)

Enclosures:

___6/28/02_____Certified copy of C. of A. Order by the Court/XXXXX
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_____ (267)-299-_4916_
Case Manager          Telephone Number

Receipt Acknowledge:
_____
(Name)
_____7-2-0Y_____
(Date)

_Rev. 3/8/95_
Appeals (Certified List in Lieu of Record)

BPS-197                                                May 31, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 01-1803

JOHN RICHARD JAE

     vs.

DR. ROBERT CLARK, ET AL.

    (M.D. Pa. Civ. No. 00-cv-01090)

FILED
HARRISBURG, PA

JUL 0 2 2002

MARY E. D'ANDREA, CLERK
Per

Present:    ALITO, McKEE and ALDISERT, CIRCUIT JUDGES

    Submitted are:

    (1)    Appellant's motion for leave to appeal in forma pauperis and
affidavit in support thereof, pursuant to Rule 24, Federal Rules of
Appellate Procedure; and

    (2)    Appellees' response

    in the above-captioned case.

                Respectfully,

                Clerk

MMW/CAV/jle

_____O R D E R_____

The foregoing motion to proceed in forma pauperis is denied. Appellant has had at least
three prior cases dismissed as frivolous. See Jae v. Glenny, et al., M.D. Pa. Civ. No. 98-
cv-1515, Jae v. Long, et al., M.D. Pa. Civ. No. 98-cv-115, Jae v. Horn, et al., M.D. a. Civ.
No. 98-cv-114. Appellant has failed to show that he was "under imminent danger of
serious physical injury" at the time he filed this appeal. See 28 U.S.C. § 1915(g); Abdul-
Akbar v. McKelvie, 239 F.3d 307, 313 (3d Cir. 2001) (en banc). If he wishes to proceed
with the appeal, appellant shall pay to the District Court the entire appellate filing and
docketing fee of $105.00 within 14 days of the date of this Order. Failure to pay the fees
within that time will result in the dismissal of this appeal. See 3d Cir. LAR 107.1(a).

By the Court,

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

Circuit Judge

Dated: 2 8 JUN 2002

AWI/cc: JRJ
JDY
nmw

2