OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

_Middle PA (Harrisburg)_ Clerk of District Court           Date _____ 7/18/02 _____
    (District)

_Jae v. Clark_                                             C. of A. No. _01-1803_
    (Caption)

_John Richard Jae_
    (Appellant)

RECEIVED
JUL 31 2002
MARY E. D'ANDREA, CLERK

_Civil No. 00-cv-01090 (SHR)_
    (D.C. No.)

Enclosures:

___7/18/02_____ Certified copy of C. of A. Order by the Clerk/XXXXX
    (Date)

\*___X___  Record **(Rec'd)**

\*_____   Supplemental Record

\*_____   Exhibits

\*_____   State Court Record

___X___   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not returned at this time until appeal(s) closed at No.(s)_____

_____   Please forward Record to this office.

_____   The certified copy of order issued as the mandate on_____
          is recalled.

                              _[signature]_           (267)-299-_4916_
                              Case Manager            Telephone Number

                            * _____         (267)-299-_____
                              Record Processor        Telephone Number

Receipt Acknowledge:

_George T Gardner_
    (Name)

_7-31-02_
    (Date)

Rev. 3/8/95
Appeals (Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 1-1803

Jae

vs.

Clark, et al.

John Richard Jae ###BQ-3219, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01090)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

*Kathleen Brouwer*
Acting Clerk

FILED
HARRISBURG, PA
JUL 31 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Date: July 18, 2002

cc:
    John Richard Jae ###BQ-3219
    James D. Young, Esq.
    Robert M. Wolff, Esq.